**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Real Estate Management & Consulting LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4381534** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **225 Emerald Hill**<br>**Fort Washington, MD 20744** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Prince Georges** | **Location of principal assets, if different from principal place of business** |
| County | **1001-1003 Rhode Island Avenue NE and 3724 S Street Washington DC Washington, DC 20018** |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **https://realestatemanagementandconsulting.com/**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Real Estate Management & Consulting LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5303__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.

☑ Yes.

| District | **Maryland (Greenbelt)** | When | **4/22/25** | Case number | **25-13537** |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

Debtor    **Real Estate Management & Consulting LLC**            Case number (*if known*) _____

Name

| List all cases. If more than 1, attach a separate list | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Real Estate Management & Consulting LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 19, 2025**
MM / DD / YYYY

**X /s/ Nettia Isley**                                              **Nettia Isley**
Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

---

**18. Signature of attorney**

**X /s/ Justin P. Fasano**                          Date   **June 19, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Justin P. Fasano**
Printed name

**McNamee Hosea,  P.A.**
Firm name

**6404 Ivy Lane, Suite 820
Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone   **301-441-2420**        Email address   **jfasano@mhlawyers.com**

**MD21201 DC**
Bar number and State

---

**Resolutions of**
**REAL ESTATE MANAGEMENT & CONSULTING LLC**

WHEREAS, the undersigned, being the only member of Real Estate Management & Consulting LLC (the "Company"), does hereby resolve as follows:

WHEREAS, the Company has determined it advisable and in its best interests to ratify and approve all such corporate actions noted herein;

WHEREAS, the Company has determined that it is in the best interests of the Company, its creditors, members and other interested parties that the Company file a petition for relief under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Columbia or such other jurisdiction as advisors to the Company shall recommend (the "Chapter 7 Case"); and

WHEREAS, the Company has reviewed, considered, and received the recommendations of professionals and advisors to the Company as to the prospects and options for successfully reorganizing or liquidating through a chapter 11 bankruptcy proceeding;

NOW THEREFORE, IT IS HEREBY:

RESOLVED, that the Company shall file a voluntary petition for relief under the provisions of chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia or such other jurisdiction as advisors to the Company shall recommend (the "Bankruptcy Court") under the provisions chapter 7 of the Bankruptcy Code in such form and at such time as the Company shall determine; and it is

FURTHER RESOLVED, that the Company shall retain the law firm of McNamee Hosea, P.A., to render legal services to the Company and to represent the Company in connection with such chapter 7 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that the Company shall retain such other professionals as are necessary to perform professional services to the Company in connection with such chapter 7 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that all acts, actions and transactions that are consistent with the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the

foregoing resolutions except that such acts were taken before those resolutions were certified, including without limitation all acts lawfully done or actions lawfully taken by the Company to seek relief of behalf of the Company under chapter 7 of the Bankruptcy Code be and are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

Date: June 17, 2025

REAL ESTATE MANAGEMENT & CONSULTING LLC

By Nettia Isley

/s/ Nettia Isley
Managing member

**Fill in this information to identify the case:**

Debtor name   **Real Estate Management & Consulting LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

|   | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 19, 2025**          X */s/ Nettia Isley*
                                          Signature of individual signing on behalf of debtor

                                          **Nettia Isley**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: |
| --- |

Debtor name    **Real Estate Management & Consulting LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $        **16,390,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $        **0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $        **16,390,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $        **14,606,547.71**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $        **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$        **6,567,358.26**

4.    **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b          $        **21,173,905.97**

**Fill in this information to identify the case:**

Debtor name  **Real Estate Management & Consulting LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    **Current value of
                                                                                        debtor's interest**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Debtor    **Real Estate Management & Consulting LLC**                    Case number *(If known)* _____
      Name

☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **3724 S Street NW Washington DC 20007** | Fee Simple | $0.00 | | $3,400,000.00 |
| 55.2.  **1001 Rhode Island Ave NE, Washington DC**<br><br>**(18 unit condominium plus parking spots)** | Fee Simple | $0.00 | | $12,000,000.00 |
| 55.3.  **225 Emerald Hill Drive Fort Washington MD 20744 (this property was purported to be foreclosed upon while Debtor was in pro se bankruptcy. Debtor disputes foreclosure was valid).** | Fee Simple | $0.00 | | $990,000.00 |

Debtor    **Real Estate Management & Consulting LLC**                    Case number *(If known)* _____
       <sub>Name</sub>

| | |
|---|---|
| 56. | **Total of Part 9.** | **$16,390,000.00** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$16,390,000.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Real Estate Management & Consulting LLC**                    Case number *(If known)* _____
          Name

<div style="background:black;color:white">Part 12:</div>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $16,390,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $16,390,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $16,390,000.00 |

**Fill in this information to identify the case:**

Debtor name **Real Estate Management & Consulting LLC**

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Art James Holdings LLC**<br>Creditor's Name<br><br>**717 D Street NW**<br>**Washington, DC 20004**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. CV3 Financial Services, LLC**<br>**2. Art James Holdings LLC** | Describe debtor's property that is subject to a lien<br>**3724 S Street NW Washington DC 20007**<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$450,000.00** | **$3,400,000.00** |
| **2.2** **Art James Holdings LLC**<br>Creditor's Name<br><br>**717 D Street NW**<br>**Washington, DC 20004**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**1001 Rhode Island Ave NE, Washington DC**<br><br>**(18 unit condominium plus parking spots)**<br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $120,000.00 | $12,000,000.00 |

Debtor  **Real Estate Management & Consulting LLC**                    Case number (if known) _____
         Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Construction Loan Services II, LLC** | ☑ Disputed |
| **2. Jacob Snyder** | |
| **3. IFG Group** | |
| **4. DC Water & Sewer Authority** | |
| **5. Art James Holdings LLC** | |

---

| 2.3 | **Construction Loan Services II, LLC** | **Describe debtor's property that is subject to a lien** | $7,781,312.42 | $12,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1001 Rhode Island Ave NE, Washington DC** | | |
| | **1019 39th Avenue SE Suite 220** | | | |
| | **Attn: Rachelle Majors** | **(18 unit condominium plus parking spots)** | | |
| | **Puyallup, WA 98374** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☑ Disputed |

---

| 2.4 | **CV3 Financial Services, LLC** | **Describe debtor's property that is subject to a lien** | $2,249,468.43 | $3,400,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **3724 S Street NW Washington DC 20007** | | |
| | **2101 East El Segundo Boulevard Suite 203** | | | |
| | **El Segundo, CA 90245** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

---

Debtor  **Real Estate Management & Consulting LLC**
Name

Case number (if known) _____

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **DC Water & Sewer Authority** | Describe debtor's property that is subject to a lien | $1,272.35 | $12,000,000.00 |

Creditor's Name

**1385 Canal St SE
Washington, DC 20003**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**1001 Rhode Island Ave NE, Washington DC**

**(18 unit condominium plus parking spots)**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **FV-I, Inc.** | Describe debtor's property that is subject to a lien | $775,000.00 | $990,000.00 |

Creditor's Name

**c/o Fay Servicing, LLC
for Morgan Stanley
Mortgage Capital LLC
1585 Broadway 2nd Floor
New York, NY 10036**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**225 Emerald Hill Drive Fort Washington MD
20744 (this property was purported to be
foreclosed upon while Debtor was in pro se
bankruptcy.  Debtor disputes foreclosure was
valid).**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. FV-I, Inc.
2. Woods End
Homeowners Association,
Inc.**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **IFG Group** | Describe debtor's property that is subject to a lien | $1,972,494.51 | $12,000,000.00 |

---

Debtor    **Real Estate Management & Consulting LLC**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's Name | **1001 Rhode Island Ave NE, Washington DC** |
| **4523 Georgia Avenue NW 1** | |
| **Washington, DC 20011** | **(18 unit condominium plus parking spots)** |
| Creditor's mailing address | Describe the lien |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| | |
|---|---|
| 2.8  **Jacob Snyder** | Describe debtor's property that is subject to a lien    **$1,257,000.00**    **$12,000,000.00** |
| Creditor's Name | **1001 Rhode Island Ave NE, Washington DC** |
| **8555 North West Arboretum Road Corvallis, OR 97330** | **(18 unit condominium plus parking spots)** |
| Creditor's mailing address | Describe the lien |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | |
|---|---|
| 2.9  **Woods End Homeowners Association, Inc.** | Describe debtor's property that is subject to a lien    **Unknown**    **$990,000.00** |
| Creditor's Name | **225 Emerald Hill Drive Fort Washington MD 20744 (this property was purported to be foreclosed upon while Debtor was in pro se bankruptcy.  Debtor disputes foreclosure was valid).** |
| **c/o Cameron Mericle, P.A. 7875 Belle Point Drive Greenbelt, MD 20770-3350** | |
| Creditor's mailing address | Describe the lien |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Debtor    **Real Estate Management & Consulting LLC**                           Case number (if known) _____
          _____
               Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.6** | ☑ Disputed |

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $14,606,547.71

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Adam Friedman**<br>**Friedman Vartolo LLP**<br>**1325 Franklin Avenue**<br>**Suite 160**<br>**Garden City, NY 11530** | Line __2.6__ | |
| **Cohn, Goldberg, & Deutsch, LLC**<br>**1099 Winters Road Suite 301**<br>**Washington, DC 20015** | Line __2.4__ | |

---

**Fill in this information to identify the case:**

Debtor name **Real Estate Management & Consulting LLC**

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Advance Business Systems & Supply CoLLC**
**307 International Circle**
**Suite 200**
**Cockeysville, MD 21030**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

**$13,000.00**

---

**3.2** Nonpriority creditor's name and mailing address
**AMI Investments LLC**
**371 Chamborely Drive**
**Reisterstown, MD 21136**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ■ No ☐ Yes

**$3,500,000.00**

---

**3.3** Nonpriority creditor's name and mailing address
**Carstentz Fund III, LLC**
**1307 Dolley Madison Blvd Suite 1A**
**Mc Lean, VA 22101**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Settlement Agreement**

Is the claim subject to offset? ■ No ☐ Yes

**$630,000.00**

---

**3.4** Nonpriority creditor's name and mailing address
**EBF Holdings, LLC**
**102 W. 38th Street 6th Floor**
**New York, NY 10018**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

| Debtor | **Real Estate Management & Consulting LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |

**Edzecutive IQ Consulting, LLC**
**125 South Wacker Drive**
**Suite 300# 107**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,750.00 |

**Ena Easter**
**20228 Merry Oak Avenue**
**Tampa, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500,000.00 |

**Finance Answer LLC**
**c/o Amish Patel**
**1450 Brickell Avenue, Suite 2120**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Joint Venture Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,057.37 |

**Fluentstream**
**The Law Office of John Pucin**
**935 National Parkway Suite 40**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Phone services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |

**Four Bargram - Mex Trust**
**65 Westbrook Lane**
**Palm Coast, FL 32164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |

**Gbenga & Abiola Badipe**
**4019 Anderson Drive**
**Cedar Park, TX 78613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,550.89 |

**Headway Capital LLC**
**175 W. Jackson Boulevard Suite 1000**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Confessed Judgment as to Nettia Isley only;**
**unknown if Debtor is co-liable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Real Estate Management & Consulting LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00**

Jamsuk Center LLC
8021 Liberty Road
Windsor Mill, MD 21244

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __See AMI__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

Larry Lewis
300 Peppermill Drive
Capitol Heights, MD 20743

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Note__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00**

Macorp LLC
605 North Michigan Avenue
Suite 447
Chicago, IL 60661

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Venture Agreement__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275,000.00**

Robert Moore, Jr.
REMCM, LLC
70012th Street
Suite 700
Washington, DC 20005

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Note__

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Constantinos Panagopolous/Chris Hatfield**<br>**Ballard Spahr LLP**<br>**1909 K Street NW**<br>**12th Floor**<br>**Washington, DC 20006** | Line __3.2__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Constantinos Panagopolous/Chris Hatfield**<br>**Ballard Spahr LLP**<br>**1909 K Street NW**<br>**12th Floor**<br>**Washington, DC 20006** | Line __3.12__<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Jason Weber, Esq.**<br>**200 East Jppa Road Suite 301**<br>**Towson, MD 21286** | Line __3.1__<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Real Estate Management & Consulting LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **Mark Wittstadt/ Cole J. Luthy**<br>**LTX Law Group**<br>**1966 Greenspring Drive LL2**<br>**Lutherville Timonium, MD 21093** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Richard M. Kind**<br>**One Church Lane**<br>**Pikesville, MD 21208** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Stephen Sherman**<br>**Maurice Wutscher LLP**<br>**20 F Street NW**<br>**7th Floor**<br>**Washington, DC 20001** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,567,358.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,567,358.26 |

**Fill in this information to identify the case:**

Debtor name      **Real Estate Management & Consulting LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Contract for Unit 201 and Parking Spot  P2**<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Emily Rae Doxtator and Harold Rivera Valentine 60 L St NE, Apt 1016 Washington, DC 20002** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Contract for Unit 101 and Parking Unit 2**<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Justin Hasford 440 Penn St NE 1225 Washington, DC 20002** |

**Fill in this information to identify the case:**

Debtor name   **Real Estate Management & Consulting LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Angelo Taylor** | **12625 Wrightwood Court**<br>**Upper Marlboro, MD 20772** | **Carstentz Fund III, LLC** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.2  **James Isley** | **9405 Sandy Creek Road**<br>**Fort Washington, MD 20744** | **Carstentz Fund III, LLC** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.3  **Larry Adams** | **12810 Sholton Street**<br>**Fort Washington, MD 20744** | **Carstentz Fund III, LLC** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.4  **Nettia Isley** | **225 Emerald Hill**<br>**Fort Washington, MD 20744**<br>**Nettia Isley does not admit or deny co-liability for this or any other debt but merely lists herself as a potential possible co-debtor for informational purposes only** | **Advance Business Systems & Supply CoLLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |

Debtor    **Real Estate Management & Consulting LLC**            Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **Nettia Isley** <br> **225 Emerald Hill** <br> **Fort Washington, MD 20744** | **AMI Investments LLC** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.6 | **Nettia Isley** <br> **225 Emerald Hill** <br> **Fort Washington, MD 20744** | **Art James Holdings LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **Nettia Isley** <br> **225 Emerald Hill** <br> **Fort Washington, MD 20744** | **CV3 Financial Services, LLC** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **Nettia Isley** <br> **225 Emerald Hill** <br> **Fort Washington, MD 20744** | **EBF Holdings, LLC** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.9 | **Nettia Isley** <br> **225 Emerald Hill** <br> **Fort Washington, MD 20744** | **FV-I, Inc.** | ■ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | **Nettia Isley** <br> **225 Emerald Hill** <br> **Fort Washington, MD 20744** | **Headway Capital LLC** | ☐ D _____ <br> ■ E/F __3.11__ <br> ☐ G _____ |
| 2.11 | **Nettia Isley** <br> **225 Emerald Hill** <br> **Fort Washington, MD 20744** | **Jamsuk Center LLC** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    **Real Estate Management & Consulting LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For year before that:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$290,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Real Estate Management & Consulting LLC**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **FV-I, Inc.**<br>**c/o Fay Servicing, LLC**<br>**for Morgan Stanley Mortgage Capital**<br>**LLC**<br>**1585 Broadway 2nd Floor**<br>**New York, NY 10036** | **Alleged**<br>**Foreclosure** | **$0.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Nettia Isley**<br>**225 Emerald Hill**<br>**Fort Washington, MD 20744**<br>**Managing member** | **Various** | **Unknown** | **Debtor has paid various personal expenses of Nettia Isley and Nettia Isley has placed personal funds into the Debtor's bank accounts at various time.  The Debtor is currently ascertaining the net amount of these payments over the past year.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **FV-I, Inc.**<br>**c/o Fay Servicing, LLC**<br>**for Morgan Stanley Mortgage**<br>**Capital LLC**<br>**1585 Broadway 2nd Floor**<br>**New York, NY 10036** | **225 Emerald Hill Drive Fort Washington MD 20744 (this property was purported to be foreclosed upon while Debtor was in pro se bankruptcy.  Debtor disputes foreclosure was valid).** | **4/22/25** | **$990,000.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Wells Fargo Bank, N.A.** | **Closed overdrawn bank account**<br>Last 4 digits of account number: _____ | **Appx March** | **$0.00** |

---

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Real Estate Management & Consulting LLC**                                    Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Adam Friedman vs Real Estate Management & Consulting LLC et al.**<br>**C-16-CV-25-000353** | **Foreclosure** | **Circuit Court for Prince George's County**<br>**14735 Main Street**<br>**Upper Marlboro, MD 20772** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **EBF Holdings, LLC vs Real Estate Management & Consulting, LLC, et al.**<br>**C16CV24005927** | **Breach of Contract** | **Circuit Court for Prince George's County**<br>**14735 Main Street**<br>**Upper Marlboro, MD 20772** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **AMI Investments LLC vs REAL ESTATE MANAGEMENT & CONSULTING, L.L.C., et al.**<br>**C15CV24006458** | **Breach of Contract** | **Circuit Court for Montgomery County**<br>**50 Maryland Avenue**<br>**Rockville, MD 20850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **ADVANCE BUSINESS SYSTEMS & SUPPLY COMPANY, LLC vs. Real Estate Management And Consulting, LLC et al.**<br>**D-05-CV-25-025063** | **Contract - Large Claims** | **DistrictCourt for Prince George's County**<br>**14735 Main Street**<br>**Upper Marlboro, MD 20772** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Woods End Homeowners Association, Inc. vs. Real Estate Management & Consulting, LLC**<br>**D-05-CV-24-025423** | **HOA dues** | **District Court For Prince George's Count**<br>**14735 Main St**<br>**Upper Marlboro, MD 20772** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

Debtor    **Real Estate Management & Consulting LLC**                            Case number *(if known)* _____

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | McNamee Hosea,  P.A.<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD 20770 | Attorney Fees | 6/16/25 | $10,000.00 |
| | Email or website address<br>jfasano@mhlawyers.com | | | |
| | Who made the payment, if not debtor?<br>James and Jacquelene Isley | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Carstentz Fund III, LLC<br>1307 Dolley Madison Blvd<br>Suite 1A<br>Mc Lean, VA 22101 | Foreclosure on 1118 Neal St, 1415 Ives Place, 21 Rhode Island Avenue, 1631 G Street, and 3105 38th Street, Washington DC | 7/10/23 | Unknown |
| | Relationship to debtor<br>None | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Real Estate Management & Consulting LLC**                          Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Real Estate Management & Consulting LLC** | Case number *(if known)* | |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Debtor    **Real Estate Management & Consulting LLC**                          Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Felder Tax Service, LLC**<br>**5508 4th St NE**<br>**Washington, DC 20011** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nettia Isley** | **225 Emerald Hill**<br>**Fort Washington, MD 20744** | **Sole member** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Real Estate Management & Consulting LLC**                                       Case number *(if known)* _____

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 19, 2025** _____

**/s/ Nettia Isley** _____      **Nettia Isley** _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

LOCAL OFFICIAL FORM 102

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re

**Real Estate Management & Consulting LLC,**

**Case No.**

**Chapter** 7

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept a flat fee of | $ | 10,000.00 |
| Filing Fees | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

2.        The source of the compensation paid to me was:

☐    Debtor    ■    Other (specify):    **James and Jacquelene Isley**

3.        The source of compensation to be paid to me is:

■    Debtor    ☐    Other (specify):

4    ■        I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

☐        I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.        In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    All services set forth in Local Bankruptcy Rule 2016-2(a)(2)(B), if electing compensation under the Court's presumptively reasonable fee in a chapter 13 case;
e.    [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods;**
6.        By agreement with the debtor(s), the above-disclosed fee does not include the following services:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

    I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:  **June 19, 2025**

**/s/ Justin P. Fasano**

Signature of attorney

**Justin P. Fasano**

Name, Bar Number

**McNamee Hosea,  P.A.**

Firm

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**

Address

**301-441-2420**

Telephone

**jfasano@mhlawyers.com**

Email Address

Adam Friedman
Friedman Vartolo LLP
1325 Franklin Avenue
Suite 160
Garden City, NY 11530


Advance Business Systems & Supply CoLLC
307 International Circle
Suite 200
Cockeysville, MD 21030


AMI Investments LLC
371 Chamborely Drive
Reisterstown, MD 21136


Angelo Taylor
12625 Wrightwood Court
Upper Marlboro, MD 20772


Art James Holdings LLC
717 D Street NW
Washington, DC 20004


Carstentz Fund III, LLC
1307 Dolley Madison Blvd Suite 1A
Mc Lean, VA 22101


Cohn, Goldberg, & Deutsch, LLC
1099 Winters Road Suite 301
Washington, DC 20015


Constantinos Panagopolous/Chris Hatfield
Ballard Spahr LLP
1909 K Street NW
12th Floor
Washington, DC 20006


Construction Loan Services II, LLC
1019 39th Avenue SE Suite 220
Attn: Rachelle Majors
Puyallup, WA 98374

CV3 Financial Services, LLC
2101 East El Segundo Boulevard
Suite 203
El Segundo, CA 90245


DC Water & Sewer Authority
1385 Canal St SE
Washington, DC 20003


EBF Holdings, LLC
102 W. 38th Street 6th Floor
New York, NY 10018


Edzecutive IQ Consulting, LLC
125 South Wacker Drive
Suite 300# 107
Chicago, IL 60606


Emily Rae Doxtator and
Harold Rivera Valentine
60 L St NE, Apt 1016
Washington, DC 20002


Ena Easter
20228 Merry Oak Avenue
Tampa, FL 33647


Finance Answer LLC
c/o Amish Patel
1450 Brickell Avenue, Suite 2120
Miami, FL 33131


Fluentstream
The Law Office of John Pucin
935 National Parkway Suite 40
Schaumburg, IL 60173


Four Bargram - Mex Trust
65 Westbrook Lane
Palm Coast, FL 32164

FV-I, Inc.
c/o Fay Servicing, LLC
for Morgan Stanley Mortgage Capital LLC
1585 Broadway 2nd Floor
New York, NY 10036


Gbenga & Abiola Badipe
4019 Anderson Drive
Cedar Park, TX 78613


Headway Capital LLC
175 W. Jackson Boulevard Suite 1000
Chicago, IL 60604


IFG Group
4523 Georgia Avenue NW 1
Washington, DC 20011


Jacob Snyder
8555 North West Arboretum Road
Corvallis, OR 97330


James Isley
9405 Sandy Creek Road
Fort Washington, MD 20744


Jamsuk Center LLC
8021 Liberty Road
Windsor Mill, MD 21244


Jason Weber, Esq.
200 East Jppa Road Suite 301
Towson, MD 21286


Justin Hasford
440 Penn St NE 1225
Washington, DC 20002

Larry Adams
12810 Sholton Street
Fort Washington, MD 20744


Larry Lewis
300 Peppermill Drive
Capitol Heights, MD 20743


Macorp LLC
605 North Michigan Avenue
Suite 447
Chicago, IL 60661


Mark Wittstadt/ Cole J. Luthy
LTX Law Group
1966 Greenspring Drive LL2
Lutherville Timonium, MD 21093


Nettia Isley
225 Emerald Hill
Fort Washington, MD 20744


Richard M. Kind
One Church Lane
Pikesville, MD 21208


Robert Moore, Jr.
REMCM, LLC
70012th Street
Suite 700
Washington, DC 20005


Stephen Sherman
Maurice Wutscher LLP
20 F Street NW
7th Floor
Washington, DC 20001


Woods End Homeowners Association, Inc.
c/o Cameron Mericle, P.A.
7875 Belle Point Drive
Greenbelt, MD 20770-3350

### United States Bankruptcy Court
#### District of Columbia

In re   **Real Estate Management & Consulting LLC**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Real Estate Management & Consulting LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 19, 2025**

Date

/s/ Justin P. Fasano

**Justin P. Fasano**

Signature of Attorney or Litigant

Counsel for   **Real Estate Management & Consulting LLC**

**McNamee Hosea,  P.A.**

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
**301-441-2420 Fax:301-982-9450**
**jfasano@mhlawyers.com**