UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

Real Estate Management & Consulting LLC

DEBTOR(S)

Case No.: 25-00243
Chapter 13

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND REQUEST FOR ADDITION TO MAILING MATRICES

    NOW COMES, CV3 Alpha RE, LLC, solely in its capacity as Separate Trustee for CV3 Alpha Trust, a creditor of the above named Debtor(s), by its undersigned counsel for all purposes in connections with this case. Pursuant to Bankruptcy Rules 2002, 3017, and 9010(b), the undersigned hereby requests service of all notice, applications, motions, orders, pleadings, reports, plans and disclosure statements filed or served in this case, and requests that the names and address of the undersigned be added to all mailing matrices in this case. Service may be made and directed to the address below

/s/ Owen Hare
Owen Hare, Esquire
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 1631983 (DC)

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON ROAD
SUITE 301
LINTHICUM HEIGHTS,
MARYLAND, 21090

410-296-2550

File #: 462889

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 18, 2025, a copy of the foregoing Notice of Appearance was served by first class mail on:

Real Estate Management & Consulting LLC
3724 S Street NW
Washington, DC 20007

and by electronic filing notification CM/ECF to:

| and debtor's(s') counsel: | H. Jason Gold, Trustee |
|---|---|
| Justin Philip Fasano, Esquire | 2501 Pennsylvania Ave NW 3-C |
| 6404 Ivy Lane Ste 820 | Washington, DC 20037 |
| Greenbelt, MD 22070 | |

                          /s/ Owen Hare
                          Owen Hare

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON ROAD
SUITE 301
LINTHICUM HEIGHTS, MARYLAND, 21090

410-296-2550

File #: 462889