UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>Real Estate Management & Consulting LLC<br><br>DEBTOR | Chapter 7<br>Case No. 25-00243-ELG |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

**TO THE CLERK OF THE COURT AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 2002, Jamison B. Taylor hereby enters his appearance on behalf of creditor/interested person Jacob Snyder in the above-captioned case, and requests the notices of all papers, including but not limited to, orders, reports, pleadings, motions, applications or petitions, requests, disclosure statements, answering and reply papers, and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex, or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Jamison B. Taylor
1218 11th St. NW
Washington, DC 20001
202-792-5850
jtaylor@rismllc.com

Respectfully submitted,

/s/ Jamison B. Taylor
Jamison B. Taylor Bar# 457280
1218 11th St. NW
Washington, DC 20001
T: 202-792-5850
F: 202-478-2146
jtaylor@rismllc.com

*Counsel for Jacob Snyder*

CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025 I caused a copy of the foregoing to be served via the Court's CM/ECF on all counsel of record and the U. S. Trustee's Office.

/s/ Jamison B. Taylor
Jamison B. Taylor

2