IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | Case No. 25-00243-ELG |
| **Real Estate Management & Consulting, LLC,** ) | Chapter 7 |
| Debtor. ) | |

## APPLICATION TO EMPLOY REAL ESTATE AGENT AND COMMERCIAL AND RESIDENTIAL REAL ESTATE BROKERS

H. Jason Gold, Trustee ("Applicant" or "Trustee"), the duly appointed Chapter 7 trustee for Real Estate Management & Consulting, LLC ("Debtor"), by and through the undersigned counsel, pursuant to 11 U.S.C. §327 and Bankruptcy Rule 2014, respectfully files his Application seeking authority to employ Stephen Karbelk ("Karbelk") (supported by Stephanie Young and Robert Walters) as the real estate agent and team leader of RealMarkets ("Agent") and Agent's affiliated brokers, Century 21 Commercial New Millennium ("Century 21 Commercial" or "Commercial Broker") and Century 21 New Millennium ("Century 21 Residential" or "Residential Broker"), as the Trustee's real estate agent and brokers, respectively (collectively, the "Agent/Brokers"), for the purpose of marketing and selling certain improved residential real property more particularly described below, and in support thereof states as follows:

1. On June 19, 2025, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §101 et seq. (the "Bankruptcy Code"), thereby commencing the above-captioned case. Gold was appointed as Successor Chapter 7 Trustee by *Notice* filed by the Office of the United States Trustee (OUST) on June 23, 2025 (Doc No. 6). Gold is therefore the duly qualified and acting Trustee in this case.

2. On the Petition Date, the Debtor was the owner of the following three parcels of improved residential real property:

   a. Three (3) residential condominium units located at 3724 S Street NW, Washington DC 20007 and having a legal description of Lot 42, Square S1308 in Huidekoper and Huidekoper, Trustees'

Robert M. Marino, Esq. DC Bar No. 411597
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
Fax 703-684-5109
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

subdivision of Block 138 "Burleigh Addition to West Washington," as per plat recorded in the Office of the Surveyor in Liber 71 at Folio 198, Tax Map No. 1308-S-0042 (the "S Street Property").

    b.  Eighteen (18) residential condominium units located at 1001 Rhode Island Avenue, NE, Washington DC 20018-1735, having a legal description of Lot 38, Square 3870, in a subdivision made by 1001 Rhode Island Ave. LLC, as per plat recorded in the Office of the Surveyor for the District of Columbia in Plat Libert 218 at Folio 85, Tax Map No. 3870-0058 (the "Rhode Island Ave Property").

    c.  A single-family residential property located at 225 Emerald Hill Drive, Fort Washington, Prince George's County, Maryland 20744-6235, having a legal description of Lot 21, Tantallon on the Potomac, Tax Map No. 05-0306605 (the "Emerald Hill Property").

  3.  The Trustee intends to market the S Street and Rhode Island Ave Properties as investment properties, requiring the services of a commercial real estate broker. The Trustee intends to market the Emerald Hill Property as a residential property, requiring the services of a residential real estate broker.

  4.  In order to market and administer the S Street Property, the Rhode Island Ave Property and the Emerald Hill Property (collectively, the "Properties") for maximum benefit to the estate and its creditors, it is therefore necessary to employ the services of a licensed commercial and residential real estate agent and broker.

  5.  Based on the foregoing, the Trustee desires to employ (i) the Agent and Commercial Broker to procure and submit to the Trustee offers to purchase the S Street and Rhode Island Ave Properties, and (ii) the Agent and Residential Broker to procure and submit to the Trustee offers to purchase the Emerald Hill Property. Copies of the proposed Listing Agreements (one for the S Street and Rhode Island Ave Properties and one for Emerald Hill Property) are attached and incorporated by reference as Exhibits A and B, respectively. As more particularly provided in the Listing Agreements, if the Property is contracted to be sold, the Agent/Brokers shall have earned (i) a brokerage fee of three and one-half percent (3.5%) of the gross purchase price (the "Brokerage Fee"), and (ii) an additional brokerage fee of two percent (2.0%) of the gross purchase price (the "Additional Brokerage Fee"), if the buyer produced by Agent/Brokers is not represented by a broker at the time of contract ratification. If the buyer procured by Agent/Brokers is represented by a

broker at the time of contract ratification, the buyer's broker shall be paid a brokerage fee of two percent of the gross purchase price (the "Buyer's Brokerage Fee"). The Brokerage Fee, Additional Brokerage Fee and Buyer's Brokerage Fee are all subject to Court approval in connection with any sale approval sought from the Court and are expressly conditioned and payable upon the closing of the sale.

6. Karbelk has considerable experience and expertise as a real estate agent and auctioneer in the Greater Washington DC market where each Property is located and will provide valuable assistance in facilitating the sale of the Properties. The Trustee therefore submits that the retention of Agent/Brokers, under the terms described herein, is appropriate under Section 327 of the Bankruptcy Code.

7. In order to facilitate the sale of the Properties under these circumstances, the Trustee further requests that the Court authorize Agent/Brokers and their employees to request and obtain verbal and written payoff statements, payment histories, and related information and documents from any consensual or non-consensual secured creditors (or their servicers) in this case (collectively, the "Secured Creditors"), and to provide such documents as may be reasonably requested by the Secured Creditors in connection with any sale.

8. If necessary, Agent is authorized to put all utility accounts, including the electric, gas, water and sewer accounts, into the name of Stephen Karbelk, Stephanie Young or RealMarkets, as Agent for the Trustee. The Agent shall not be responsible for paying past due amounts that were incurred prior to the petition date of the bankruptcy filing. Additionally, the Agent, subject to prior approval by the Trustee, is authorized to incur property maintenance and property preservation services and expenses. Subject to a further order and approval of the Court, Karbelk shall be reimbursed for all utility expenses, property maintenance expenses and property preservation expenses upon the sale of the Property.

9. The Agent/Brokers have been informed and understand that no sale may be consummated until after notice and a hearing and with Court approval.

10. The Trustee believes that the employment of the Agent/Brokers on the terms and conditions provided for herein is in the best interest of the estate.

11. To the best of the Trustee's knowledge, Agent/Brokers have no connection with the Debtor, its creditors or any other party-in-interest in the instant case, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as described in the *Declaration of Stephen Karbelk,* which is attached and incorporated by reference as Exhibit C and submitted on behalf of Agent/Brokers. Agent/Brokers are therefore disinterested persons as that term is defined in section 101(14) of the Bankruptcy Code and satisfy all the requirements for employment as a real estate agent and real estate broker under 11 U.S.C. §327(a).

WHEREFORE, the Trustee respectfully requests the entry of an Order (a) authorizing the employment of (i) the Agent and Century 21 Commercial, as the real estate agent and commercial real estate broker for the purpose of marketing and selling the S Street and Rhode Island Ave Properties, under the terms described hereinabove, and (ii) authorizing the employment of the Agent and Century 21 Residential, as the real estate agent and residential real estate broker for the purpose of marketing and selling the Emerald Hill Property, under the terms described hereinabove, and (b) providing such other and further relief as the Court deems just and proper.

Dated: July 30, 2025

Respectfully submitted,

/s/Robert M. Marino
Robert M. Marino, Esq. DC Bar No. 411597
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of July, 2025 a true copy of the foregoing Application was sent via email to the Office of the United States Trustee (Kristen.S.Eustis@usdoj.gov), and via Notice of Electronic Filing to all registered users in this case pursuant to this Court's CM/ECF policy.

/s/ Robert M. Marino
Robert M. Marino