**CENTURY 21 COMMERCIAL**
New Millennium

---

**EXCLUSIVE RIGHT TO SELL COMMERCIAL REAL ESTATE LISTING AGREEMENT (IMPROVED OR UNIMPROVED)
(ALL JURISDICTIONS)**

---

1. **PARTIES.** This Exclusive Right to Sell Commercial Real Estate Listing Agreement is made on <u>July 16, 2025</u> ("Date") by and between the parties to this agreement (the "Listing") based upon their mutually exchanged promises, and other good and valuable consideration the value of which is hereby acknowledged:

   **CLIENT**
   Individual Name(s):      H. Jason Gold, Trustee
   Client Entity Name:
   Street Address:          PO Box 57359
   Unit:
   City, State, Zip:        Washington, DC 20037
   Phone:                   703-864-2272            Email: goldtrustee@fiduciaryservicesgroup.com

   **BROKER**
   Name:                    CENTURY 21 Commercial New Millennium
   Street Address:          6631 Old Dominion Drive
   Unit:
   City, State, Zip:        McLean, VA 22101
   Phone:                   703-556-4222            Email: wendy.dean@c21nm.com

2. **PROPERTY.** "Property" means the following real and/or personal Property Street Address(es):

   3724 S Street NW, Washington, DC 20007 & 1001 Rhode Island Ave NE, Washington, DC 20018 Washington, DC 20019

   Except as otherwise provided in this Listing, Broker is to market the Property together with:
   - All buildings, improvements and fixtures;
   - All rights, privileges, and appurtenances pertaining to the Property, including Client's right, title and interest in any minerals, utilities, adjacent streets, alleys, strips, easements and rights-of-way;
   - Client's interest in all leases, rents, and security deposits for all or any part of the Property;
   - Client's interest in all licenses and permits related to the Property, only as permitted by State law;
   - Client's interest in all third-party warranties or guaranties, if transferable, relating to the Property or any fixtures;
   - Client's interest in any trade names, if transferable, used in connection with the Property.
   - All Client's tangible personal property located on the Property that is used in connection with the Property's operations except: Any personal property that belongs to a tenant.

Case 25-00243-ELG    Doc 17-1    Filed 07/30/25    Entered 07/30/25 18:28:09    Desc
Exhibit A (Commercial Listing Agreement)    Page 2 of 13

DigiSign Verified - 5a273a54-2d07-43b9-9f00-d331dae695b3

3. **LISTING PRICE – SALE.** Client instructs Broker to market the Property at the following price:

| 3724 S Street NW | Washington | DC | 20007 | $3,200,000 (offered in its entirety only) |
|---|---|---|---|---|
| 1001 Rhode Island Ave NE | Washington | DC | 20018 | $7,000,000 (offered in its entirety only) |

A. Client agrees to sell the Property for the Listing Price or any other price acceptable to Client. The Client shall pay to the Broker all compensations and fees, described herein, as a condition of closing. The payment of any closing costs shall be negotiated in the sales contract or lease agreement.

B. This Listing begins on 08/01/2025 and ends at 11:59 p.m. on 02/31/26 (the "Expiration Date"). Client or Broker may terminate this Listing on notice to Client or Broker at any time after 60 days' notice from either party. The Listing shall automatically extend and renew on a month-to-month basis ("Automatic Extension Period") beginning on the first day following the Expiration Date. Either party may terminate this Listing Agreement by giving not less than thirty (30) days written notice of termination prior to the Listing's expiration or to any extension period agreed to by the Parties, including the Automatic Extension Period. If the Client elects to terminate this Agreement before the Expiration Date, the Client shall pay the Broker $N/A within five (5) business days as an early termination fee.

4. **LISTING BROKER COMPENSATION.**
*Listing Broker Compensation and Buyer's Broker Compensation are fully negotiable and are not fixed, controlled, recommended, or suggested by law or any multiple listing service or association of REALTORS®.*

**Listing Broker Compensation**. When earned and payable, and as a condition of closing, the Client ("Seller") will pay the Broker a Compensation of:

☒ 3.5 % of gross sales price, subject to Bankruptcy Court approval

("Broker Compensation") if, during the term of Agreement, anyone produces a buyer ready, willing, and able to buy Property.

Broker Compensation is also earned if, within _____30____ days after the expiration or termination of Agreement, a contract is ratified with a ready, willing, and able buyer to whom Property had been shown during the term of Agreement; provided, however, that Broker Compensation need not be paid if a contract is ratified on Property while Property is listed with another real estate company.

**Additional Listing Broker Compensation for Unrepresented Buyer.** If anyone produces a buyer ready, willing, and able to buy Property, and such buyer is not represented by a broker at the time of ratification of the sales contract, Seller will pay Broker the following (in addition to Broker Compensation):

☒ 2.00 % of gross sales price, subject to Bankruptcy Court approval

**Variable Rate Compensation.** If applicable, Broker and Seller agree to variable rate compensation to be paid as follows: N/A

Case 25-00243-ELG    Doc 17-1    Filed 07/30/25    Entered 07/30/25 18:28:09    Desc
Exhibit A (Commercial Listing Agreement)    Page 3 of 13

DigiSign Verified - 5a273a54-2d07-43b9-9f00-d331dae605b3

The Client shall pay to the Broker, within three (3) days of execution of this Agreement, $ N/A for pre-approved marketing expenses.

☐ **Listing Broker Service Fee.** Seller will pay Broker an additional flat fee of $N/A as Listing Broker Service Fee if, during the term of Agreement, anyone produces a buyer ready, willing, and able to buy Property.

**Retainer Fee.** Broker acknowledges receipt of a retainer fee in the amount of $N/A which ☐ **will** OR ☐ **will not** be subtracted from Compensation. The retainer fee is non-refundable and is earned when paid.

**Early Termination**. In the event Seller wishes to terminate Agreement prior to the end of Agreement Term, Seller will deliver written notice to terminate the Agency Relationship between the Parties. The Parties will then execute a Release of Brokerage Representation Agreement to terminate the Brokerage Relationship between the Parties. Should termination be without good cause, Seller will pay Broker $ N/A as an early termination fee prior to executing the Release of Brokerage Representation Agreement, in addition to any compensation otherwise due pursuant to Agreement.

5. ☐ **SELLER-PAID BUYER'S BROKER COMPENSATION.** Seller-Paid Buyer's Broker Compensation ("Buyer's Broker Compensation") is an amount Seller will pay to any broker(s) representing Buyer in this transaction ("Buyer's Broker"). Seller will pay Buyer's Broker the following amount:

Buyer's Broker Compensation:

☒ 2.0 % of gross sales price, subject to Bankruptcy Court approval

Buyer's Broker Compensation is payable upon settlement. Seller understands that Buyer's Broker Compensation is negotiable and will ultimately be determined by a ratified sales contract between Seller and the buyer.

The Broker's fee is earned when any one of the following occurs during this Listing Agreement: (a) Client sells, exchanges, agrees to sell, or agrees to exchange all or part of the Property to anyone at any price on any terms; (b) Broker individually or in cooperation with another broker procures a buyer ready, willing and able to buy all or part of the Property at the Listing Price or at any other price acceptable to Client; (c) Client grants, or agrees to grant, to another person an option to purchase all or part of the Property; (d) Client transfers, or agrees to transfer, all or part of Client's interest (stock and/or shares) in any entity that holds title to all or any part of the Property for the purpose of conveying all or part of the Property to another person; or (e) Client breaches this Listing Agreement

The Broker's fee, once earned, is payable at the earlier of any of the following events: (a) the closing and funding of any sale or exchange of the Property or any part thereof; (b) Client's refusal to sell the Property after the Broker's Fee has been earned; (c) Client's breach of this Listing Agreement; or (d) at such time as otherwise set forth in this Listing Agreement.

The Broker's fee is not payable if a sale of the Property does not close or fund as a result of: (a) Client's failure, without fault of Client, to deliver to a buyer a deed as required by a contract to sell; (b) loss of Property ownership due to foreclosure or other legal proceeding; or (c) Client's failure to restore the Property, as a result of a casualty loss, to its previous condition by the closing date set forth in a contract for the Property's sale.

DigiSign Verified - 5a273a54-2d07-43b9-9f00-d331dae695b3

Case 25-00243-ELG    Doc 17-1    Filed 07/30/25    Entered 07/30/25 18:28:09    Desc
Exhibit A (Commercial Listing Agreement)    Page 4 of 13

If Client collects earnest money, advanced deposit, the sales price, or damages by suit, compromise, settlement or otherwise from a buyer who breaches a contract for the sale of all or part of the Property entered into during this Listing Agreement, Client will pay Broker, after deducting attorney's fees and out-of-pocket collection expenses, any amount equal to the lesser of one-half of the amount collected after deductions, or the Brokers Fee described herein. Any amount paid under this Paragraph is in addition to any amount that Broker may be entitled to receive for subsequently selling the Property.

If the Broker advances any property maintenance or repair expenses on the Client's behalf, with Client's prior written approval, then Client shall reimburse the Broker those amounts within fifteen (15) days of Broker's invoice to the Client, or at Closing, whichever is earlier.

6. **SELLER SUBSIDY.** Seller Subsidy is a payment from Seller towards Buyer's charges and closing costs (including but not limited to loan origination fees, discount points, buy down or subsidy fees, prepaids or other charges) as allowed by lender(s), if any. Seller Subsidy reduces total proceeds to Seller at settlement.

   ☐ Seller **will not** consider Seller Subsidy.
   ☐ Seller **will** consider Seller Subsidy and authorizes Broker to market:
   ☒ Unspecified amount, subject to negotiated terms in a Purchase & Sale Agreement and Bankruptcy Court approval

7. **PROTECTION PERIOD**. The "Protection Period" refers to the time period starting the day after this Listing ends and continuing for ___ days thereafter. Not later than seven (7) days after this Listing ends, Broker may send Client written notice specifying the names of persons and/or corporate entities whose attention Broker has called to the Property during the Listing. If Client agrees to sell, or lease, all or part of the Property during the Protection Period to a person and/or corporate entity(s) named in the notice, or to any entity created, owned and/or controlled by any person or corporate entity named in the notice, or to a relative or business of a person named in the notice, Client will pay Broker the amount Broker would have been entitled to receive if this Listing were still in effect upon the closing of the sale or upon execution of the lease,. For purposes of this paragraph: "Person" means any person in any capacity whether an individual or entity; "Sell" or "Lease" means any transfer of any interest in the Property whether by agreement, option, or sale of stock or shares. This Paragraph shall survive termination of this Listing Agreement. All amounts payable to the Broker are to be paid in US Dollars. Client authorizes, and Broker may so instruct, any escrow or closing agent authorized to close a contract for the purchase, lease or acquisition of the Property to collect and disburse to Broker all amounts payable to Broker under this Listing. <u>The Broker shall not receive a commission on the individual unit leases.</u>

8. **ACCESS TO PROPERTY.** Authorizing access to the Property means giving permission to another person to enter the Property, disclosing security codes necessary to enter the Property to such person, and lending a key to the Property to such person. To facilitate the Property's showing for sale, Client instructs Broker and Broker's associates to access the Property at reasonable times, and authorizes other brokers, inspectors, appraisers, lenders, engineers, surveyors, and repair persons to enter the Property at such reasonable times. Further, Client shall provide Broker with duplicate keys to facilitate convenient and efficient showings. The Broker is authorized to put a Sentrilock© lockbox and/or a combination lockbox on the Property to allow for access by such persons described herein.

9. **COOPERATION WITH OTHER BROKERS**. Broker will allow other brokers to show the Property to prospective buyers and/or tenants.

DigiSign Verified - 5a273a54-2d07-43b9-9f00-d331dae695b3

Case 25-00243-ELG    Doc 17-1    Filed 07/30/25    Entered 07/30/25 18:28:09    Desc
Exhibit A (Commercial Listing Agreement)    Page 5 of 13

10. **CONFIDENTIAL INFORMATION**. During this Listing and after it ends, Broker may not knowingly discloseinformation obtained in confidence from Client except as authorized by Client or required by law. The Broker may not disclose to Client any information obtained in confidence regarding any other person Broker represents or may have represented except as required by law.

   If Confidential Information is provided to other parties, the Broker shall prepare and deliver to the Client a Confidentiality Agreement that the Client shall review, edit, and approve. The Broker shall require any person that requests Confidential Information to sign and return the Client-approved Confidentiality Agreement, unless agreed otherwise in writing by the Client.

11. **BROKER'S AUTHORITY.** Broker will use reasonable efforts and act diligently to market the Property for Sale as provided in Paragraph 3, procure a buyer, and negotiate the sale of theProperty. In addition to other authority granted by this Listing, Broker may advertise the Property by means andmethods as Broker determines is appropriate in any media, including but not limited to: (a) creating and placing information about the Property, including exterior and interior photographs and videos, on the internet, on the Broker's website and on other websites as the Broker shall solely determine: (b) any print or digital advertisements; (c) listing services that may publicize the information on the internet or by other means; (d) reproduce, display and distribute information about the Property for purposes of marketing the property; (e) furnish comparative marketing, sales and leasing information about other properties to prospects; (f) disseminate information about the Property to other Brokers and prospects, including applicable disclosures, notices or other information that Client is required to make under law or a contract; (g) accept, in trust, any earnest money, option fee, security deposit or other money related to the purchase of the Property, and deliver such money for deposit in accordance with a contract for the sale of the Property; (h) disclose the sales price to other brokers, appraisers, other real estate professionals, and any other listing services into which information about the Property is placed; (i) place information about this Listing and a transaction for the Property on an electronic platform; (k) advertise that Broker "sold" the Property after a sale closing, or execution of a Property lease in which Broker was involved.

   The Broker is not authorized to execute any document in the name of, or on behalf of Client, concerning the Property. Photographs, videos, and compilations of information submitted to a listing service are the property of the listing service for all purposes, pursuant to their subscriber content agreement. The Client acknowledges that data and/or images of the Property, once posted online, may not be retrievable.

12. **SELLER REPRESENTATIONS**
    Except as provided otherwise in this Listing, Client represents that:
    A. Client has title to the Property and all of its improvements and fixtures thereon, unless leased, and the legal capacity to convey the Property, <u>subject to the approval of the US Bankruptcy Court</u>;
    B. Client is not bound by a listing agreement with another broker for the sale, exchange, or lease of the Property that is or will be in effect during this Listing, <u>except for a third party property management company</u>;
    C. No person or entity has any right to purchase, lease or acquire the Property by an option, right of first refusal,or other agreement;
    D. <u>The property is being sold by a Chapter 7 Bankruptcy Trustee and all sales are subject to the approval of the US Bankruptcy Court</u>;
    E. All information Client provides to Broker relating to the Property is true and correct to the best of the Client's knowledge, <u>but the Broker understands the Property is being sold strictly in as-is, where-is condition</u>.

13. **CLIENT'S ADDITIONAL PROMISES**

CNM2 (8/24)              5              Client: __*HJG*__  Broker: *WO*

Client agrees to:

Cooperate with Broker to facilitate the showing and marketing of the Property;

A. Not negotiate with any other prospective buyer who may contact Client directly, but instead refer all perspective buyers and tenants to Broker;
B. Not enter into a listing agreement with another Broker for the sale, lease or exchange of the Property to become effective during this Listing;
C. Provide Broker with copies of any available property information that will assist the Broker in representing the Property, including rent rolls, leases, operating expenses, drawings, renderings, surveys, environmental inspection reports, engineering reports, P&L statements, and any other relevant information that Broker may request during this Listing, <u>as available</u>;
D. Advise Broker if any tenants move in or out of the Property, <u>when possible</u>;
E. Complete any disclosures or notices if any material change occurs during this Listing;

**14. LIMITATION OF LIABILITY**

If the property is or becomes vacant during this Listing, Client should notify Client's casualty insurance company and request a "vacancy clause" to cover the Property. Broker is not responsible for the security of the Property nor for inspection of the Property on any periodic basis.

Broker is not responsible or liable in any manner for personal injury to any person or loss or damage to any person's real or personal property resulting from any act or omission not caused by Broker, including but not limited to injuries or losses caused by: (i) other brokers, inspectors, appraisers, lenders, contractors, surveyors, engineers, and other persons who are authorized to access the Property; (ii) acts of third parties, such as vandalism or theft; (iii) freezing or broken water pipes; (iv) any dangerous condition on the Property; (v) the Property's non-compliance with any law, association regulation or ordinance.

**15. DEFAULT.** If Client breaches this Listing Agreement, Client is in default and will be liable to Broker for Broker's fee specified in Paragraphs 4, with such fees based on the List Price(s) in Paragraph 3, and any other fees and expense reimbursements Broker is entitled to receive under this Listing. If Broker breaches this Listing, Broker is in default and Client may exercise any remedy at law. This agreement shall be governed by the US Bankruptcy Court, District of Columbia.

**16. AGENCY**
A. Dual Agency is prohibited.
B. Ministerial Acts. Client agrees that the Broker may perform ministerial acts for a buyer or tenant. A "ministerial act" is an act where the Broker assists a buyer or tenant to complete or fulfill a sales contract or lease for a client and an act that does not involve discretion or the exercise of the Broker's own judgment.

**17. SECURITY SYSTEMS THAT MONITOR OR RECORD AUDIO.** Client is advised that State law prohibits audio recording and/or monitoring of private conversations without the consent of the parties.

**18. OFFER PRESENTATION.** All written offers or counteroffers shall be presented to the Client in full as a hard copy or in an electronic format unless otherwise agreed to by the Client and Broker.

**19. AGREEMENT OF THE PARTIES**
A. <u>Entire Agreement.</u> This Listing is the entire agreement of the parties and may not be changed except by written agreement.

- B. <u>Assignability</u>. Neither party may assign this Listing Agreement without the written consent of the other party.
- C. <u>Binding Effect</u>. Client's obligations to pay Broker an earned fee is binding upon the Client and the Client's heirs, administrators, executors, successors and permitted assigns, <u>subject to the approval of the US Bankruptcy Court</u>.
- D. <u>Governing Law.</u> The interpretation, validity, performance, and enforcement of this Listing shall be governed <u>by the laws of the District of Columbia and the US Bankruptcy Court, District of Columbia</u>.
- E. <u>Severability.</u> If a court finds any clause in this listing invalid or unenforceable, the remainder of this Listing will not be affected, and all other provisions of this Listing will remain valid and enforceable.
- F. <u>Partial Sales</u>. If Client sells part of the Property before the date this Listing ends, this Listing will continue for the remaining part of the Property through the term of this Listing.
- G. <u>Notices</u>. Notices between the parties must be in writing and are effective when sent to the receiving party's address and email address specified in Paragraph 1.
- H. <u>Fees</u>. Broker's fees or the sharing of fees between brokers are not fixed, controlled, recommended, suggested, or maintained by the NATIONAL ASSOCIATION OF REALTORS®, its local affiliates, or any listing service. Broker's fees are negotiable.
- I. **THIS IS A LEGAL DOCUMENT**. Broker cannot give legal advice. This is a legally binding agreement. READ IT CAREFULLY. If you do not understand the effect of this Listing, consult your attorney BEFORE signing.

20. **EXCLUSION OF SERVICES AND ASSISTANCE.** The Parties hereto understand and agree that the scope of the Brokers responsibilities **do not include** providing, nor shall Broker at any time during this agency be considered to have provided, information, advice, guidance, support, instruction, or any similar type of service or assistance ("Assistance") with regarding to matters other than selling and/or leasing the Property. This exclusion includes, but is not limited to, assistance raising capital; structuring partnerships or other such legal entities; drafting specific language for inclusion in a contract of sale or a lease; and participation in REIT's. Client acknowledges that: (i) neither the Broker nor the Agent intend to provide assistance other than with respect to the sale of the Property; (ii) Assistance other than with respect to selling the Property requires consultation with an attorney or other qualified professional; and, (iii) Broker advises that Client seek such legal or other professional services for any Assistance other than selling the Property.

Client hereby releases and discharges Broker, its agents, employees, officers, directors, subsidiaries, and all parties related to or affiliated with Broker of and from any and all claims and damages of any nature or kind arising out of, or in any way related to, Client's reliance on assistance from Broker other than as pertains to the selling of the Property.

Further, Broker advises Client, and Client acknowledges being so advised, to seek the advice of an attorney or other qualified professional as to the final terms of any contract of sale or lease *prior to execution of said contract of sale or lease*.

21. **ADDENDA**. The following Addendum(s) are attached hereto and made part of this Listing:
    - (☐) Consent for Dual Agency
    - (☐) Multiple Property Addendum
    - (☐) Short Sale Addendum to the Listing Agreement
    - (☒) Other: <u>Bankruptcy Addendum</u>

Maryland Only

CNM2 (8/24)    7    Client: *HJG* / _____    Broker: *WN*

Case 25-00243-ELG    Doc 17-1    Filed 07/30/25    Entered 07/30/25 18:28:09    Desc
Exhibit A (Commercial Listing Agreement)    Page 8 of 13

DigiSign Verified - 5a273a54-2d07-43b9-9f00-d331dae695b3

(☐) Lead Based Paint Addendum (Multi-Family Parties Only)

(☐) Notification of Dual Agency Within a Team in Maryland

Virginia Only

(☐) Lead Based Paint Addendum (Multi-Family Parties Only)

Washington, DC Only

(☐) Consent for Dual Representation and Designated Representation in the District of Columbia

(☒) Jurisdictional Disclosure and Addendum to the Sales Contract for District of Columbia

(☒) Lead-Based Paint Disclosure Form for DC Real Estate Sales

(☐) TOPA Addendum (*Exempt, Not Applicable*)

(☒) Other: Bankruptcy Addendum

**22. ADDITIONAL TERMS:**

Properties are being sold by a Bankruptcy Trustee. All sales & commissions are subject to US Bankruptcy Court Approval, Case No. 25-00070-ELG. Properties are sold strictly in as-is, where-is" condition.

**Agreed and accepted:**

*H. Jason Gold, Trustee*

Client

H. Jason Gold, Trustee
Not individually but solely in his capacity as Chapter 7 Trustee, *In Re: Real Estate Management & Consulting LLC Case No: 25-00243-ELG*

07/29/2025
Date

**CENTURY 21 Commercial New Millennium:**

*Wendy Dean*

Wendy Dean

Supervising Broker
Title

Date    07/29/2025

*********************************************************************

Sales Associate Contact Information

Sales Associate (Listing Agent): Stephen Karbelk
Team Name (if applicable): RealMarkets
Phone: (W) 703-556-4222                                    (M) 571-481-1037
Email: Stephen@RealMarkets.com

Sales Associate (Co-Listing Agent): Stephanie Young
Team Name (if applicable): RealMarkets
Phone: (W) 703-556-4222                                    (M) 571-223-9775
Email: stephanie@realmarkets.com

CNM2 (8/24)                                  8                    Client: ___HJG___/_____  Broker: __WD__

Sales Associate (Co-Listing Agent):  Robert Walters
Team Name (if applicable):  RealMarkets
Phone: (W) 703-556-4222          (M) 703-401-5874
Email:  robert@realmarkets.com

### Supervising Broker Contact Information

Broker Name:  <u>Wendy Dean</u>
Phone:        <u>703-556-4222</u>
Email:        <u>wendy.dean@c21nm.com</u>

© New Millennium RE, Inc. d/b/a/CENTURY 21 Commercial New Millennium 2024
This document is the exclusive property of New Millennium RE, Inc. and is intended solely for the use by agents affiliated with CENTURY 21 Commercial New Millennium. Any other use or copying of this document is strictly prohibited without the prior written consent of New Millennium RE, Inc.



BANKRUPTCY ADDENDUM TO EXCLUSIVE RIGHT TO SELL COMMERCIAL REAL ESTATE
LISTING AGREEMENT
H. JASON GOLD, TRUSTEE ("SELLER")

Property Address: 3724 S Street NW, Washington DC, 20007 & 1001 Rhode Island Ave NE, Washington, DC 20018 ("Property")

The provisions of this addendum shall govern notwithstanding any other provision of the Listing Agreement.

(1) This Listing Agreement is subject to the approval of the United States Bankruptcy Court for the Eastern District of Virginia ("Court"). Broker and Seller understand that the Court may not approve the Listing Agreement. Broker understands that the commissions provided for in this Listing Agreement and any contract for the sale of the Property are also subject to Court approval.

(2) Conveyance will be by SPECIAL WARRANTY of title.

(3) The Property, and any contents being conveyed therein is being sold "AS IS, WHERE IS CONDITION." The sale of the Property is subject to Court approval.

(4) No Dual Agency. The Seller does not consent to dual representation. Thus Seller does not allow the property to be shown to a potential buyer represented by the Broker through the same sales associate that is also listing the Property for the Seller.

(5) Limited Designated Representation. The Seller does not consent to designated representation when the agent representing the potential buyer is in the same office with the same supervising broker as the listing agent representing the Seller. The Seller does consent to designated representation when the agent representing the potential buyer is in a different office with a different supervising broker as the listing agent representing the Seller but only as long as the Court approves such designated representation by deciding the designated representation did not violate the Broker's duties and obligations owed to the Seller.

(6) In addition to the commission provided in the listing agreement, the Broker shall be entitled to be reimbursed for advanced property management and maintenance expenses, such as Trustee approved repairs, utility bills, lawn maintenance, etc., subject to the approval of the Court.

(7) Unless agreed otherwise, any contract for the sale of the property shall provide that the seller shall pay no more than $500.00 in closing cost excluding payment of customary Seller paid recording fees, transfer fees, taxes and brokerage commissions. All other cost of closing shall be paid by the buyer.

This Addendum shall not alter, modify or change in any other term or provision of the Listing Agreement, and except as modified herein, all of the terms and provisions of the Listing Agreement are expressly ratified and confirmed and shall remain in full force and effect.

SELLER:                                                    BROKER/SALES MANAGER:

*H. Jason Gold, Trustee*                                   *Wendy Dean*
_____                        _____
H. Jason Gold, Trustee, not individually                   Wendy Dean, Managing Broker
but solely in his capacity as Chapter 7 Trustee
in Bankruptcy; In Re; Real Estate Management
& Consulting LLC                                           Date: _____07/29/2025_____
Case No. 25-00243-ELG
Date: ___07/29/2025___

# LEAD-BASED PAINT DISCLOSURE FORM
# FOR DC REAL ESTATE SALES

 

**Purpose**: Inform potential homebuyers of the presence of lead-based paint and related hazards at this property.

**This form is required for properties built before 1978**. This form must be used in addition to the Federal Lead Disclosure form because the DC Law provides additional protections for the purchaser.

- Housing built before 1978 is presumed to contain lead-based paint.
- Lead from paint, paint chips, and dust may pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women.
- Lead poisoning in young children may produce permanent neurological damage, learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory.
- Lead poisoning poses a particular risk to developing fetuses and pregnant women.
  DC Law requires the buyer to have this information **before** they decide to purchase the property.

**Are you a POTENTIAL BUYER?**
*Review this page carefully before following instructions on page two.*
**Are you a PROPERTY OWNER?**
*You will need the following information to complete this form:*
- Copies of any lead-based paint reports, assessments, or surveys related to the property.
- The latest version of the EPA Protect Your Family From Lead in Your Home pamphlet.
- Knowledge about lead-contaminated dust/soil and condition of the paint on the property.
- Knowledge about any lead-related legal actions taken against the property.

**Property owners: keep the signed original of this form on record for at least 6 years from the date of the most recent signature**, as you may be audited by the DC Department of Energy and Environment.

**What to look for inside the property or in the property's common areas:**

- Peeling, chipping, chalking, cracking, or damaged paint.
- Lead-based paint on windows, doors, stairs, railings, banisters, porches, or other high-wear surfaces that children might chew.
- Lead that is present in bare soil.
- Lead dust that forms when lead-based paint is scraped, sanded, or heated, or when painted surfaces with lead in them bump or rub together.
- Surfaces with lead paint chips/dust, or settled dust that reenters the air through vacuuming or sweeping.

For more information see the District of Columbia Lead-Hazard Prevention and Elimination Act of 2008, D.C. Official Code § 8-231.01 et seq., and the Federal Lead Warning Statement, 24 CFR Parts 35 and 745. Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.http://bit.ly/federallead.

If you need help in your language, please call 202-535-2600. | በአማርኛ እርዳታ ከፈለጉ በ 202-535-2600 ይደውሉ። | Si necesita ayuda en Español, por favor llame al 202-535-2600. | Si vous avez besoin d'aide en Français appelez-le 202-535-2600. | 如果您需要中文服務，請致電 202-535-2600 | 한국어로 도움이 필요합니까? 무료 한국어통역: 202-535-2600 | Nếu quý vị cần giúp đỡ bằng tiếng Việt, xin gọi 202-535-2600.

| IF YOU ARE: | YOU NEED TO: |
|---|---|
| The property owner | <ul><li>Complete Sections A and B.</li><li>Provide a copy to the buyer.</li></ul> |
| The potential buyer | <ul><li>Carefully review Section B.</li><li>Sign Section C.</li></ul> |

DigiSign Verified - 5a273a54-2d07-43b9-9f00-d331dae695b3

### SECTION A: PROPERTY OWNER'S SIGNATURE

| Property Address: **3724 S Street NW** | Unit: | Washington, DC | ZIP: **20007** |
|---|---|---|---|

I am the owner of this property and will truthfully give the answers to the following questions about lead-based paint/hazards in or around this property, and lead reports.

| Owner Name: **H. Jason Gold, Trustee** | Signature: *H. Jason Gold, Trustee*  07/29/2025 |
|---|---|
| Owner Name: | Signature: |

### SECTION B: INFORMATION ABOUT LEAD-BASED PAINT IN THIS PROPERTY

**Lead-based paint is assumed to be present in properties built before 1978. To the best of your knowledge, is there lead-based paint inside or around the property, including common area(s)?**

- ❏ Yes, in the following location(s): _____
  *For more space, attach a summary*
- ☒ No; I am not aware of any lead-based paint, but because the property was built before 1978 it is assumed to be present.

**To the best of your knowledge, is there peeling or chipping paint, lead-contaminated dust/soil, or other lead-based paint hazards inside or around the property?**

☒ No   ❏ Yes, in the following location(s): _____
  *For more space, attach a summary*

**Does DC Government have any pending actions related to lead-based paint for this property?**
*Check all that apply*

- ❏ A notice of violation
- ❏ A notice of lead-based paint hazards
- ❏ An administrative order to eliminate lead-based paint hazards
- ❏ Other notices or orders related to lead-based paint. **Please list:** _____
- ☒ There are no pending actions related to lead-based paint at this property.

**Are there any reports or documents about lead-based paint or lead-based paint hazards at this property (including in bare soil and sheds, garages, common area(s), or other appurtenances)?**
*This includes reports or documents provided to you by a previous or current owner, tenant, property manager, DC Government agency, or contractor.*

☒ No   ❏ Yes **and** I understand I must provide a copy of those documents to the buyer if they ask.

### SECTION C: BUYER'S ACKNOWLEDGEMENT

**I was provided this form and the *Protect Your Family from Lead in Your Home* pamphlet <u>before</u> I signed a purchase agreement.**

❏ Yes   ❏ No, I have already signed a purchase agreement.

**I understand I have the right to ask the owner for any reports or documents about lead-based paint or lead-based paint hazards at this property (including on bare soil and sheds, garages, or other appurtenances).**

| Name: | Signature: | Date: |
|---|---|---|
| Name: | Signature: | Date: |



# Inclusions/Exclusions Disclosure and/or Addendum
*(Required for use with GCAAR Listing Agreement & Sales Contract)*

**PROPERTY ADDRESS:**

**PERSONAL PROPERTY AND FIXTURES:** The Property includes the following personal property and fixtures, if existing: built-in heating and central air conditioning equipment; plumbing and lighting fixtures; sump pump; attic and exhaust fans; storm windows; storm doors; screens; installed wall-to-wall carpeting; central vacuum system (with all hoses and attachments); shutters; window shades; blinds; window treatment hardware; mounting brackets for electronics components; smoke, carbon monoxide, and heat detectors; TV antennas; exterior trees and shrubs; and awnings. Unless otherwise agreed to herein, all surface or wall mounted electronic components/devices **DO NOT CONVEY. The items checked below convey.** If more than one of an item conveys, the number of items shall be noted in the blank.

**KITCHEN APPLIANCES**
- ☐ ___ Stove/Range
- ☐ ___ Cooktop
- ☐ ___ Wall Oven
- ☐ ___ Microwave  *HJG*
- ☐ ___ Refrigerator
- ☐ ___ w/ Ice Maker
- ☐ ___ Wine Refrigerator
- ☐ ___ Dishwasher
- ☐ ___ Disposer
- ☐ ___ Separate Ice Maker
- ☐ ___ Separate Freezer
- ☐ ___ Trash Compactor

**LAUNDRY**
- ☐ ___ Washer  *WJ*
- ☐ ___ Dryer

**ELECTRONICS**
- ☐ ___ Security Cameras
- ☐ ___ Alarm System
- ☐ ___ Intercom
- ☐ ___ Satellite Dishes
- ☐ ___ Video Doorbell

**LIVING AREAS**
- ☐ ___ Fireplace Screen/Doors
- ☐ ___ Gas Logs
- ☐ ___ Ceiling Fans
- ☐ ___ Window Fans
- ☐ ___ Window Treatments

**WATER/HVAC**
- ☐ ___ Water Softener/Conditioner
- ☐ ___ Electronic Air Filter
- ☐ ___ Furnace Humidifier
- ☐ ___ Window AC Units

**RECREATION**
- ☐ ___ Hot Tub/Spa, Equipment & Cover
- ☐ ___ Pool Equipment & Cover
- ☐ ___ Sauna
- ☐ ___ Playground Equipment

**OTHER**
- ☐ ___ Storage Shed
- ☐ ___ Garage Door Opener
- ☐ ___ Garage Door Remote/Fob
- ☐ ___ Back-up Generator
- ☐ ___ Radon Remediation System
- ☐ ___ Solar Panels *(must include Solar Panel Seller Disclosure/Resale Addendum)*
- ☐ _____
- ☐ _____

**THE FOLLOWING ITEMS WILL BE REMOVED AND NOT REPLACED:** Property is sold strictly in "as-is, where-is" condition.

**LEASED ITEMS, LEASED SYSTEMS & SERVICE CONTRACTS:** Leased items/systems or service contracts, including but not limited to: appliances, fuel tanks, water treatment systems, lawn contracts, pest control contracts, security system and/or monitoring, and satellite contracts **DO NOT CONVEY** unless disclosed here: _____

**CERTIFICATION:** Seller certifies that Seller has completed this checklist disclosing what conveys with the Property.

*H. Jason Gold, Trustee*    07/29/2025    _____    _____
Seller                         Date        Seller                          Date

**ACKNOWLEDGEMENT AND INCORPORATION INTO CONTRACT:** *(Completed only after presentation to the Buyer)*
The Contract of Sale dated _____ between Seller **H. Jason Gold, Trustee** and Buyer _____ for the Property referenced above is hereby amended by the incorporation of this Addendum.

_____    _____    _____    _____
Seller *(sign only after Buyer)*    Date        Buyer                          Date

_____    _____    _____    _____
Seller *(sign only after Buyer)*    Date        Buyer                          Date

©2020 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.