DigiSign Verified - d8442272-2a12-4774-b15d-0e9dd76f85e5

Case 25-00243-ELG    Doc 17-2    Filed 07/30/25    Entered 07/30/25 18:28:09    Desc
Exhibit B (Residential Listing Agreement)    Page 1 of 17

# Maryland REALTORS®

## EXCLUSIVE RIGHT TO SELL RESIDENTIAL BROKERAGE AGREEMENT

**DATE:** 07/29/2025

**1. SELLER(S) (List all):** H. Jason Gold, Trustee

**Mailing Address:** PO Box 57359 Washington DC 20037

**Office Telephones:** 703-864-2272 /     **Office/Home Fax:**   /

**Home Telephones:**   /     **Cell Phones:** (703) 864-2272 /

**Email Addresses:** goldtrustee@fiduciaryservicesgroup.com /

**2. BROKER:** Century 21 New Millennium

**Office Address:** 6631 Old Dominion Dr McLean VA 22101

**Office Telephone:** (703) 556-4222     **Office Fax:**

**Listing Agent:** Stephanie Young     **Direct Line:** 5712239775

**Home Phone:**     **Cell Phone:** (571) 223-9775

**Email Address:** stephanie.young@c21nm.com

**3. PROPERTY LISTING:** Century 21 New Millennium ("Broker") is hereby authorized by the undersigned Seller(s) or by the authorized representative of Seller(s) ("Seller") to sell, as the exclusive real estate broker, the property known as: 225 Emerald Hill Dr Fort Washington MD 20744 ("Property"). Seller acknowledges that the Property is being conveyed (**initial** one selection) ____/____ IN FEE SIMPLE, or ____/____ SUBJECT TO AN ANNUAL GROUND RENT, now existing, in the amount of $_____, payable semi-annually.

**4. AGREEMENT TERM AND RIGHTS OF PARTIES FOLLOWING EXPIRATION OR TERMINATION OF AGREEMENT:**

This Agreement shall be effective on 08/04/2025 (mm/dd/yyyy) and shall continue until 11:59:59 p.m. on 01/30/2026 (mm/dd/yyyy), unless terminated in accordance with the provisions of this section. Pursuant to Maryland Code, Real Property, Section 14-903, this Agreement may not be longer than a year in duration.

As required under Section 17-534(b)(5) of the Maryland Real Estate Brokers Act, the parties agree to the following provision for the termination of this Agreement *(Broker to insert terms of termination)*:

_____

_____

_____

An expiration or termination of this Agreement by Seller or Broker shall be subject to the provisions of Paragraph 14 of this Agreement, and Paragraph 14 of this Agreement shall survive the expiration or termination of this Agreement. Notwithstanding the rights of the parties to terminate this Agreement as provided herein, Broker, in Broker's sole and absolute discretion, may terminate this Agreement at any time and effective immediately in the event Seller provides any false information, misrepresents any fact to Broker or other third-party, or violates or indicates any intention to discriminate in violation of any applicable federal, state or local fair housing law(s). If a Contract of Sale is entered into by Seller during this Agreement, which provides for settlement to occur after the expiration of this Agreement, this Agreement shall be automatically extended until settlement has occurred or until the Contract of Sale is released in writing by the parties, but in no event shall the duration of this Agreement, including any extension, extend beyond one year in duration.

**5. LISTING PRICE:** The listing price of the Property is $ 750,000.00 and shall be the price advertised by Broker. If Seller desires to change the listing price, Seller shall immediately inform Broker in writing of the changed listing price, and such changed listing price shall thereafter be the price advertised by Broker.



Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

**6. SHOWING INSTRUCTIONS** *(for LOCK BOX see addendum)*: __Showing Time__

**7. MARKETING/MLS/INTERNET ADVERTISEMENT:**

(a) Broker is authorized to and shall market the Property including, but not limited to, entering the Property into the applicable multiple listing service(s) ("MLS"), installing a sign, photographing the Property and installing a lock box. Seller acknowledges that Broker is bound by the bylaws, policies and procedures, and rules and regulations governing the MLS and the lock box system owner. Upon the execution of this Agreement, Seller and Broker shall establish the date and status upon which the Property will be entered into the MLS by executing the MLS Disclosures and Residential Seller/Landlord Options form. Broker is hereby granted the right to report to the MLS for dissemination, in accordance with the MLS rules and policies, any contract of sale and sales price (including the other terms upon which any sale of the Property is made). Except as otherwise provided in paragraphs (b), (c), (d), and (e) below and in accordance with the directions therein, Broker, upon election by Broker and in Broker's sole and absolute discretion, is hereby authorized by Seller to submit and market the Property (including street name and house number) by and through:

1. Broker's internet website;
2. The Internet websites of licensed real estate salespersons or associate real estate brokers affiliated with Broker;
3. Any other Internet website in accordance with applicable MLS rules and regulations;
4. Print media; and/or
5. Any available MLS Program(s) that enable participants to display aggregated MLS active listing information on participants' public websites. Seller further consents to and authorizes Broker, in accordance with the MLS rules and regulations, to allow other MLS participants and authorized users to market the Property by and through the internet website of other such MLS participants and authorized users.

If the Property is scheduled for an open house by Broker, Seller authorizes Broker to advertise the Property as an open house together with other properties listed with Broker and advertised as an open house in the same advertisement, whether by print media or by internet advertisement.

---

**(b) OFFICE EXCLUSIVE:**

**Seller may elect not to have the Property listing distributed on the MLS at all.** *(Seller to initial if Seller does not authorize Broker to distribute Property listing on the MLS at all)*:

_____/_____ **Broker may *not* market the Property by and through distribution on the MLS during the listing period.**

**Seller hereby acknowledges that, having selected not to distribute the Property listing on the MLS at all:**

**(1) real estate licensees from other companies and their buyer clients who have access to the MLS may not be aware that Seller's Property is for sale and the terms and conditions under which Seller is marketing the Property; (2) Seller's Property will not be included in the MLS's download to various real estate internet sites that are used by the public to search for property listings; and (3) any reduction in the exposure of the Property may lower the number of offers made and negatively impact the sales price.** *(Seller to initial)*: _____/_____

---

(c) Seller may elect not to have the Property listing or the Property address displayed on the internet. Seller hereby directs Broker that *(Seller to initial all that apply)*:

_____/_____ Broker may *not* submit and market the Property by and through display on any internet website.

_____/_____ Broker may submit and market the Property by and through display on any internet website, but Seller elects *not* to permit display of the Property address on any internet website.

Seller hereby acknowledges that, having selected either or both of the above option(s) not to allow information on internet websites, a consumer who conducts searches for listings on the internet will not see the corresponding information about the Property in response to a search. *(Seller to initial)*: _____/_____

(d) Certain features may be displayed on the websites of MLS participants, including:

(1) Unedited comments or reviews of the Property (or display a hyperlink to such comments or reviews); or




DigiSign Verified - d8442272-2a12-4774-b15d-0e9dd76f85e5

Case 25-00243-ELG    Doc 17-2    Filed 07/30/25    Entered 07/30/25 18:28:09    Desc
Exhibit B (Residential Listing Agreement)    Page 3 of 17

(2)    An automated estimate of the market value of the Property (or a hyperlink to such estimate).

*(Seller to initial)*:

Seller _____/_____ authorizes *or* _____/_____ does not authorize the display of unedited comments or reviews of the Property (or display a hyperlink to such comments or reviews) on MLS participants' websites.

Seller _____/_____ authorizes *or* _____/_____ does not authorize the display of an automated estimate of the market value of the Property (or a hyperlink to such estimate) on MLS participants' websites.

During the term of this Agreement, Seller, by written request to Broker, may authorize Broker to enable or disable use of either feature as described in (1) or (2) above. Broker agrees to transmit promptly the request to the MLS.

**(e) COMING SOON LISTING STATUS:** The "Coming Soon" listing status is an option for properties listed in the MLS that are not available but will be in the future. Sellers who choose this option must have executed a listing agreement. Listings under the "Coming Soon" status are given a MLS number. All MLS subscribers may view listings under this status. However, properties listed under the "Coming Soon" status may not be shown.

**Seller, by Seller's initials, authorizes Broker to list the Property under the "Coming Soon" listing status in the MLS. (Seller initials):** _____/_____

**(f) SELLER CONCESSIONS ON THE MLS:** Concessions in the MLS may not be limited to or conditioned on the retention of or payment to a cooperating/buyer broker: they are subject to negotiation between a buyer and seller. Bright has a zero-tolerence policy for misuse of these fields.

**Does the seller want to signal they will consider offers requesting concessions/credits towards a buyer's closing costs and service providers?**
[✓] **YES**    [ ] **NO**

**Seller acknowledges that Seller has read and understands the provisions of Paragraph 7(f). (Seller initials):** _____/_____

**8. CONSENT TO DISCUSS OTHER PROPERTIES WITH BUYERS AT SELLER'S OPEN HOUSE:** Seller _____/_____ authorizes *or* _____/_____ does not authorize Broker to discuss other properties with buyers at Seller's open house.

Broker's responsibility to market the Property is suspended upon Seller's acceptance of a written offer to purchase the Property, unless otherwise agreed by Broker.

**9. GRANT/RELEASE OF PROPERTY DATA TO BROKER:** Seller grants to Broker the unlimited right to use, publish, disseminate, sell, and license to others all text, graphics, photos, virtual tours, documents, and any other types of data entered into the MLS, and Seller hereby releases to Broker all of the Seller's interests and all intellectual property rights therein. If Seller elects to allow dissemination of Property data on the internet, Seller understands and agrees that public websites determine their own content and use of data, and therefore Broker has no control over public websites and no obligation to remove any of the above content from public websites at any time.

**10. HOME SECURITY SYSTEMS THAT RECORD AUDIO:** Seller is advised that Maryland law prohibits audio recording of private conversations without the consent of all parties. Seller may view the penalties for violating the law which are contained in Section 10-402 of the Courts and Judicial Proceedings Article, Annotated Code of Maryland at: http://mgaleg.maryland.gov/mgawebsite/Laws/StatuteText?article=gcj&section=10-402&enactments=false.

Seller acknowledges that Seller has read and understands the provisions of Paragraph 10.
*(Seller to initial)*: _____/_____




Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

**11. FAIR HOUSING**: Federal, State, and Local Fair Housing laws grant broad protections from discrimination in housing. **It is unlawful to discriminate based upon certain protected characteristics, which include, but are not limited to, race, color, religion, sex, national origin, disability, familial status, marital status, sexual orientation, gender identity, and source of income.** Seller agrees to comply with all such Federal, State, and Local Fair Housing laws. Some buyers attempt to stand out to a seller by submitting a letter, photo, or video to describe why the seller should select their offer. Such conduct may raise fair housing concerns, and could expose Seller and Broker to possible violation of Fair Housing laws. To avoid consideration of such characteristics when selecting an offer, Seller instructs and directs Broker to remove from any offer, counter-offer, or any other communication exchanged during the transaction, any letters, photographs, videos or any other similar items other than the contract documents submitted by a buyer or buyer's agent.

**12. SELLER RESPONSIBILITY/INSURANCE:** Broker shall not be responsible for the care, or physical condition of the Property. Seller shall remain solely responsible for the care and physical condition of the Property, including, but not limited to, cost of all utilities, maintenance, the physical security of the premises and all personal property and maintaining adequate property and personal injury insurance during the term of this Agreement; and, Broker shall have no liability for such matters.

**13. REPAIRS:** Seller is hereby notified that repairs of the Property may require that the individuals engaged to perform such repairs be duly licensed.

**14. BROKER'S COMPENSATION:**
**NOTICE: Real estate commission rates are not fixed by law or established by any membership organization with which Broker is affiliated. Each real estate brokerage independently sets their own commission rates. <u>Commission rates are negotiable between the Seller and Broker.</u>**

In the event of a sale, exchange, or transfer, the Compensation to be paid by Seller to Broker shall be (Select only one):

- [x] __3.5__ percent (%) of the sales price.
- [ ] _____ percent (%) of the sales price AND $_____.
- [ ] $_____.

The Compensation shall be deemed to have been earned by Broker and shall be due and payable by Seller to Broker if:

    A. During the term of this Agreement, or any extension thereof:

        (i) Broker produces a ready, willing and able buyer to purchase the Property at the listing price and/or at such other price as shall be accepted by Seller or agreed upon in writing between Seller and Broker (the "Sale Price"); or

        (ii) Seller shall enter into a written agreement to sell, exchange, convey or transfer the Property to any person or entity whether such person or entity shall have been procured by Broker, by Seller or by any other person or entity, in which event Seller, within seventy-two (72) hours thereof, shall furnish Broker a copy of such written agreement; or

        (iii) if during the period of __30__ days following the expiration or termination of this Agreement, Seller shall enter into a written agreement to sell, exchange, convey or transfer the Property to any person who or to any entity which, with knowledge of Seller or any agent of Seller, inspected or made inquiry about the Property or negotiated to purchase or exchange the Property during the term of this Agreement or any extension thereof, in which event Seller, within seventy-two (72) hours thereof, shall furnish Broker a copy of such written agreement;

    B. Seller defaults or voluntarily agrees to terminate a sale; or

    C. Seller breaches this Agreement.




Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

The Compensation due Broker shall be a charge against the Property and shall be paid at settlement as a convenience to Seller. However, Seller acknowledges and agrees that settlement on the Property shall not be a condition precedent to Seller's obligation to Broker as herein provided.

If Broker prevails in any action brought to obtain payment of the Compensation, Broker shall also be entitled to recover in such action Broker's reasonable attorney's fees and court costs.

If a deposit made on any contract of sale or other transfer of the Property is forfeited to Seller, or if all or part of the deposit is received by Seller as a settlement made by and between Seller and buyer, $ 0.00 or         % of the amount forfeited or received as settlement shall be paid to Broker for Broker's services, but in no event shall the amount exceed an amount equal to the full Compensation specified herein.

Seller shall have no obligation to pay the Compensation to Broker if the Property is listed by any other licensed real estate broker following the expiration of this Agreement, or any extension thereof, or following the termination of this Agreement as herein provided, unless such termination by Seller is for the purpose of avoiding the obligation of Seller to pay the Compensation to Broker.

Seller acknowledges that Seller has read and understands the provisions of Paragraph 14.
*(Seller to initial):* _____/_____

15. **AUTHORITY TO COOPERATE WITH AND COMPENSATE OTHER BROKERS:** Broker is authorized to cooperate with other brokers as subagents of Broker ("Subagents") and/or brokers retained by prospective buyers to represent buyer's interests ("Buyer Brokers"). In this paragraph, "cooperate" means sharing information on
the Property and making the Property available to other brokers for showing to prospective purchasers. Seller consents to Broker's cooperation with and compensation of Subagents or Buyer Brokers.

Broker shall pay to any Subagent who has earned and is entitled to compensation, $_____ or _____% of the Sales Price, plus _____(_ ) month(s) ground rent, if any.

Broker shall pay to any Buyer Broker who has earned and is entitled to compensation $_____ or  2.5 % of the Sales Price, plus _____(___) month(s) ground rent, if any.

Seller understands that compensating Subagents or Buyer Brokers is optional.

Seller acknowledges that Seller has read and understands the provisions of Paragraph 15.
(*Seller to initial*): _____/_____

16. **MINISTERIAL ACTS:** Seller hereby consents to and authorizes Broker and Broker's agents to provide ministerial acts as defined by law on behalf of Seller to third persons in connection with the sale of the Property.

17. **DEPOSIT HELD BY ESCROW AGENT:** Seller is advised that an escrow agent, other than a Maryland licensed real estate broker, is not subject to the same legal requirements that Maryland licensed real estate brokers are under the Maryland Real Estate Brokers Act concerning the holding and the release of deposit monies. If the deposit is going to held by a third party other than by a Maryland licensed real estate broker involved in the transaction, the Buyer and Seller are required to enter into a separate written escrow agreement, binding upon the Buyer and Seller and the escrow agent that complies with Section 10-802 of the Real Property Article, Annotated Code of Maryland.

18. **SMOKE ALARM NOTICE:** Seller is hereby notified of changes in Maryland law regarding smoke alarms and smoke detectors (Section 9-101 et seq. of the Public Safety Article, Annotated Code of Maryland). The type of smoke alarm required in a dwelling depends upon the age of the property. As of January 1, 2018, among other changes, no alarm—battery powered or hard-wired—may be older than 10 years from the date of manufacture, and if battery powered, be sealed, tamper resistant units incorporating a silence/hush button, which use long-life batteries. There are penalties for non-compliance. Additionally, some jurisdictions have more stringent rules for new construction or for rentals. Seller is advised to verify compliance with the city or county in which the Property is located. Seller may view the smoke alarm requirements at:

https://www.mdrealtor.org/Portals/22/adam/Content/qwFxfjogaUC-uVz5Mbaz9g/Link/Smoke%20Alarm%20Flyer%202024.pdf

Seller acknowledges that Seller has read and understands the provisions of Paragraph 18. *(Seller to initial):* _____/_____




Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

**19. LEAD-BASED PAINT:**

    **A. LEAD-BASED PAINT HAZARD:** Seller acknowledges that the Property, if constructed before 1978, is subject to Federal law (Title X) as to the presence of lead-based paint and/or lead-based paint hazards.

Seller represents and warrants to Broker, Broker's agents and Subagents/Buyer's Agents intending that they rely upon such warranty and representation, that the Property was constructed: *(Seller to initial one):*

        _____/_____ prior to 1978;
OR  _____/_____ during or after 1978;
OR  _____/_____ Seller is uncertain as to the date of construction.

If Seller is uncertain as to the date the Property was constructed, Seller agrees that, for the purpose of the sale contemplated by this Agreement, the Property will be treated as though it had been constructed prior to 1978. If Title X applies to the Property, Seller agrees to comply fully with the requirements as set forth in the EPA and HUD Real Estate Notification and Disclosure Rule. Accordingly, if applicable, Seller is required to disclose to buyer, based upon Seller's actual knowledge, all known lead-based paint hazards in the Property and provide buyer with any available reports in Seller's possession relating to lead-based paint or lead-based paint hazards applicable to the Property. Additionally, the Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards shall be attached and made a part of the Contract of Sale. For detailed information regarding the EPA and HUD Real Estate Notification and Disclosure Rule, Seller should visit:
https://www.epa.gov/lead/epa-and-hud-real-estate-notification-and-disclosure-rule-questions-and-answers.

**B. RENOVATION, REPAIR AND PAINTING OF PROPERTY:** In accordance with the Lead Renovation, Repair and Painting Rule ("RRP") as adopted by the Environmental Protection Agency ("the EPA"), effective April 22, 2010, if the improvements on the Property were built before 1978, contractor(s) engaged by Seller to renovate, repair or

paint the Property must be certified by the EPA where such work will disturb more than six square feet of paint per room for interior projects; more than 20 square feet of paint for any exterior project; or includes window replacement or demolition ("Covered Work"). Before and during any Covered Work project, contractor(s) must comply with all requirements of the RRP. A Seller who personally performs any Covered Work on a rental property is required to be certified by the EPA prior to performing such Covered Work. No certification is required for a Seller who personally performs Covered Work on the Seller's principal residence. However, Seller has the ultimate responsibility for the safety of Seller's family or children while performing such Covered Work. For detailed information regarding the RRP, Seller should visit https://www.epa.gov/lead/lead-renovation-repair-and-painting-program.

Seller acknowledges that Seller has read and understands the provisions of Paragraph 19.B.
(Seller to initial): _____/_____ ..

**20. NOTICE REGARDING DISCLOSURE OF DEFERRED WATER AND SEWER ASSESSMENTS:** Pursuant to Section 117(a)(5) of the Real Property Article of the Annotated Code of Maryland, a contract for the resale of residential real property that is served by public water or wastewater facilities for which deferred water and sewer charges have been established by a recorded covenant or declaration shall contain a notice disclosing information about the deferred water and sewer charges. **If a Seller subject to this law fails to comply**:

**Prior to settlement, Buyer is entitled to rescind in writing the sales contract without penalty or liability. On rescission, Buyer is also entitled to the full return of any deposits made on account of the sales contract. If any deposits are held in trust by a licensed real estate broker, the return of the deposits to a Buyer under this law shall comply with the procedures under § 17-505 of the Business Occupations and Professions Article of the Annotated Code of Maryland and § 10-803 of the Real Property Article, Annotated Code of Maryland. The right of rescission shall terminate five days after Seller provides to Buyer written notice in accordance with this requirement; and**
<u>**After settlement, Seller shall be liable to Buyer for the full amount of any fee or assessment not disclosed,**</u> **unless Seller was never charged a fee or assessment to defray the costs of public water or wastewater facilities by the developer, a successor of the developer, or a subsequent assignee.**




Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

DigiSign Verified - d8442272-2a12-4774-b15d-0e9dd76f85e5

Case 25-00243-ELG    Doc 17-2    Filed 07/30/25    Entered 07/30/25 18:28:09    Desc
Exhibit B (Residential Listing Agreement)    Page 7 of 17

This law does *not* apply in a county that has adopted a disclosure requirement that is substantially similar to this law. (If the Property is served by public water or wastewater facilities for which deferred water and sewer charges have been established by a recorded covenant or declaration, Seller to complete Notice & Disclosure of Deferred Water and Sewer Charges.)

Seller acknowledges that the Property is (*Seller to initial one*) _____/_____ **OR** is not _____/_____ served by public water or wastewater facilities for which deferred water and sewer charges have been established by a recorded covenant or declaration.

**21. OFFERS:**

    **A. AUTHORITY TO DISCLOSE EXISTING OFFERS:** Seller is advised that prospective buyers or cooperating Brokers may inquire of Broker or Broker's Agents as to whether existing written offer(s) have been received for the purchase of the Property. The disclosure of the existence of written offer(s) could be either beneficial or detrimental to Seller. On the one hand, such disclosure could result in the interested buyer making the highest and best offer as promptly as possible. On the other hand, such disclosure could result in the interested buyer electing not to make an offer.

    Seller: *(Seller to initial one):*

        _____/_____ Authorizes;    **OR**    _____/_____ Does Not Authorize

    Broker or Broker's agents to disclose the existence of other written offers on the Property in response to inquiries from buyers or cooperating brokers. If disclosure is authorized, Broker or Broker's agents shall also disclose, if asked, whether an offer was obtained by the listing agent, another agent in Broker's firm, or by a cooperating broker. Such authority does not include the disclosure of the terms and conditions of such offer(s).

    **B. PRESENTATION OF OFFERS:** Broker shall present to Seller in a timely manner all written offers and counter-offers, even if the Property is subject to an existing Contract of Sale unless Seller has waived the obligation in writing.

**22. HOME WARRANTY:** Broker _____ does or ✔ does not offer the opportunity for Seller to purchase a home warranty to be in force during the listing period and which will transfer to the buyer upon settlement. *(Seller to initial one)*:
_____/_____ Warranty desired. For policy to be effective, Seller must complete the necessary paperwork.
_____/_____ Warranty Declined

**23. NOTICE OF PROPERTY CONDITION DISCLOSURE/DISCLAIMER:** Seller is advised that under Maryland Law (Real Property Article 10-702), the buyer is entitled to receive the Maryland Residential Property Disclosure And Disclaimer Statement ("Disclosure/Disclaimer Statement"), a form provided by the Maryland Real Estate Commission, from the Seller. Seller must deliver the completed Disclosure/Disclaimer Statement to the buyer on or before the buyer's entering into a Contract of Sale (offer to purchase) (with the exception of a Land Installment Contract, an Option to Purchase Agreement and a Lease Agreement containing an Option to Purchase provision, in which case the Disclosure/Disclaimer Statement must be delivered to the buyer before the execution of the Contract by the buyer). A buyer who does not receive the Disclosure/Disclaimer Statement on or before the execution of the offer by the buyer has the unconditional right upon written notice to the Seller or Seller's agent, to rescind the Contract of Sale at any time before the receipt of the Disclosure/Disclaimer Statement or within five (5) days following receipt of the Disclosure/Disclaimer Statement and to the immediate return of any deposit. However a buyer's right to rescind the Contract terminates if not exercised (A) before making a written application to a lender for a loan, if the lender discloses in writing at or before the time application is made that the right to rescind terminates upon submission of the application, or (B) within five (5) days following receipt of a written disclosure from a lender who has received the buyer's application for a mortgage loan, if the lender's disclosure states that the buyer's right to rescind terminates at the end of that five (5) day period. Maryland Law (Real Property Article 10-702) exempts certain transfers or sales from its application: A) the initial sale of a new home: (1) that has never been occupied; or (2) for which a certificate of occupancy has been issued within one year before the buyer and Seller enter into a Contract of Sale; B) certain transfers that are exempt from the state transfer tax; C) a sale by a lender acquiring real property by a foreclosure or deed-in-lieu of foreclosure; D) a sheriff sale, tax sale or sale by foreclosure, partition or by court-appointed trustee; E) a transfer by a fiduciary in the course of the administration of a decedent's estate, guardianship, conservatorship or trust; F) a transfer of single family residential real estate to be converted by the buyer into a use other than residential use or to be demolished; or G) a sale of unimproved property. Seller: (Seller to initial one):

    _____/_____ is exempt    **OR**    _____/_____ is not exempt

Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

**24. VIOLATION NOTICES:** Seller is advised that the Contract of Sale may require that Seller convey the Property free and clear of all violation notices, requirements noted or issued by any governmental authority (including without limitation, any permit violation notices), and actions in any court, against or affecting the Property.

**25. CONSERVATION EASEMENTS:**

**A.** Seller is advised and acknowledges that if the Property is encumbered by one or more Conservation Easements or other restrictions limiting or affecting uses of the Property, Maryland law requires that Seller deliver to the buyer the required notice and copies of the easement(s). A buyer who does not receive the notice and copies of the easement(s) on or before entering into the contract for sale has the unconditional right upon written notice to the Seller or Seller's agent, to rescind the Contract of Sale at any time before the receipt of the notice and copies of the easement(s) or within five (5) days following receipt of the notice and copies of the easement(s) and to the immediate return of any deposit.

**B.** Seller hereby represents to Broker, and upon which representation Broker is entitled to rely; that: *(Seller to initial one):*

_____    1.    The Property **IS NOT** subject to one or more Conservation Easement(s) or other restrictions limiting or affecting uses of the Property; **OR**

_____    2.    The Property **IS** subject to one or more Conservation Easement(s) or other restrictions limiting or affecting uses of the Property, as follows: *(Seller to check applicable Conservation Easement(s)*

____    Maryland Environmental Trust
____    Maryland Historical Trust
____    Maryland Agricultural Land Preservation Trust
____    Maryland Department of Natural Resources
____    A County or Municipal Corporation, funded by the Maryland Department of Natural Resources, the Rural Legacy Program, or a local Agricultural Preservation Program
____    Land Trust
____    Required by a permit issued by the Department of the Environment

If paragraph B.2. is initialed by Seller, Seller ☐ has **OR** ☐ has not (check one) provided a copy of the Conservation Easement(s) to Broker, and Seller acknowledges that it is Seller's sole obligation to obtain and deliver copies of the Conservation Easement(s) to buyer.

**26. INSURABILITY:** An informational brochure published by the Maryland REALTORS® titled "Property Insurance Basics" is available to explain current issues relative to obtaining insurance coverage for the Property.

**27. FLOOD DISCLOSURE NOTICE:** Seller is advised that the Property or part of the Property may be located in an area established by the government as a "flood plain" or otherwise in an area where flood insurance could be required. The National Flood Insurance Program ("NFIP") establishes flood insurance policy premiums based on the risk of flooding in the area where properties are located. Due to amendments to federal law governing the NFIP, those premiums are increasing, and in some cases will rise by a substantial amount over the premiums previously charged for flood insurance. As a result, premiums paid for flood insurance on the Property may not be indicative of premiums that will apply after the Property is purchased. Also, the State of Maryland in conjunction with the Federal Emergency Management Agency has been systematically updating flood insurance rate maps. The Property may be affected.

**28. MARYLAND NON-RESIDENT SELLER:** Seller acknowledges, pursuant to Section 10-912 of the Tax-General Article, Annotated Code of Maryland, that if Seller is: 1) a non-resident individual of the State of Maryland or is 2) a non-resident entity which is not formed under the laws of the State of Maryland and is not qualified by or registered with the Maryland State Department of Assessments and Taxation to do business in the State of Maryland, the deed or other instrument of writing that effects a change of ownership to the Property may not be recorded with the clerk of the court for a county or filed with the Maryland State Department of Assessments and Taxation unless payment is first made by the Seller in an amount equal to

a) 8% of the total payment to a non-resident Seller; **OR**

b) 8.25% of the total payment to a non-resident entity;

**(NOTE: The amount of the payment for a non-resident individual is subject to adjustment on a recurring basis by the Comptroller of Maryland. The amount of the payment for a non-resident entity is subject, from time to time, to change by an Act of the Maryland General Assembly. Seller acknowledges that the amount(s) as set forth in a) and b) above may be greater or lesser than the actual amount(s) due by Seller at time of settlement.**

UNLESS each Seller:




Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

1. Certifies, in writing, under the penalties of perjury, that the Seller is a resident of the State of Maryland or is a resident entity of the State of Maryland; **OR**
2. Presents to the clerk of the circuit court for a county or the Maryland State Department of Assessments and Taxation a certificate issued by the Comptroller of the State of Maryland stating that: i) there is no tax due in connection with the sale or exchange of the Property; or ii) a reduced amount of tax is due from the Seller and the reduced amount is collected by the clerk of the circuit court for a county or the Maryland Department of Assessments and Taxation before recording or filing; (**NOTE**: If Seller intends to obtain a certificate from
 the Comptroller's office, Seller should immediately contact the Comptroller at 1-800-MDTAXES. Obtaining the certificate requires a MINIMUM of three (3) weeks); **OR**
3. Has satisfied the tax liability or has provided adequate security to cover such liability; **OR**
4. Certifies, in writing, under the penalties of perjury, that the Property being transferred is the Seller's principal residence. As defined under Maryland law and as used in a) and b) above, the term "total payment" means the net proceeds paid to the Seller for the Property and associated tangible personal property, less: 1) debts owed by the Seller and secured by a mortgage or other lien against the Property being paid upon the sale or exchange of the Property and 2) other expenses of the Seller arising out of the sale or exchange of the Property and disclosed on a settlement statement prepared in connection with the sale or exchange of the Property. "Total payment" includes the fair market value of any property transferred to the Seller.

**29. FOREIGN INVESTMENT TAXES – FIRPTA (Foreign Investment in Real Property Tax Act):** Section 1445 of the United States Internal Revenue Code of 1986 and applicable Treasury Department regulations adopted thereunder (the "Act") provide that a buyer of residential real property located in the United States must withhold federal income taxes from the payment of the purchase price under certain circumstances. Seller agrees to comply with the Internal Revenue Service reporting requirements. If applicable, Seller agrees to complete, sign, and deliver to the appropriate party a certificate indicating whether Seller is a foreign person or non-resident alien under the Act.

**30. PROPERTIES WITH PRIVATE OR DOMESTIC WATER SUPPLY WELL:** Pursuant to Section 10-713(B)(1) of the Real Property Article of the Annotated Code of Maryland, a contract for the sale of real property on which a private or domestic water supply well is located shall include a provision requiring, as a condition of the sale, that the buyer ensure that water quality testing of the well be conducted. Settlement on the contract for the sale of real property may not occur until seller and buyer have each received and reviewed the results of the water quality testing. The buyer may waive their right to have the well tested for water quality.

Seller hereby represents to Broker, and upon which representation Broker is entitled to rely; that: (Seller to initial one):

_____/_____      1. There is a private or domestic water supply well located on the Property; OR
_____/_____      2. There is not a private or domestic water supply well located on the Property.

**31. NATIONAL PRIORITIES LIST (NPL) SUPERFUND SITE:** A National Priorities List (NPL) Superfund Site is a site of national priority among the known releases or threatened releases of hazardous substances, pollutants, or contaminants throughout the United States and its territories. Sellers of real property that is located within one (1) mile of a National Priorities List (NPL) Superfund Site must disclose the existence of the National Priorities List (NPL) Superfund Site to a buyer. Information about the location of Superfund Sites throughout the State of Maryland and across the United States can be found at the Environmental Protection Agency's Search for Superfund Sites Where You Live Website.

Seller hereby represents to Broker, and upon which representation Broker is entitled to rely; that: (Seller to initial one):

_____/_____      1. The Property is located within one (1) mile of a National Priorities List (NPL) Superfund Site; OR
_____/_____      2. The Property is not located within one (1) mile of a National Priorities List (NPL) Superfund Site.

**32. FHA LOAN NOTICE:** If the current loan on the property is insured by the Federal Housing Administration, the loan shall be paid in full at settlement in accordance with FHA rules and regulations.

**33. WIRE FRAUD NOTICE:** Seller is advised to never trust wiring instructions sent via email. Cyber criminals are hacking email accounts and sending emails with fake wiring instructions. These emails are convincing and sophisticated. Seller should always independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number. Seller should never wire money without double-checking that the wiring instructions are correct.

**34. LEGAL CONSTRUCTION:** This Agreement is binding upon the parties hereto, and their personal representatives, successors, heirs, and assigns.  If this Agreement is signed by more than one person, it shall constitute the joint and
several obligations of each. This Agreement contains the entire Agreement of the parties and cannot be changed except by the written agreement of the parties hereto. Seller warrants that there are no other existing agreements or conditions other than as set forth herein.  This is a legally binding Agreement; if not understood, seek competent legal, tax or other professional advice. Seller has not relied upon any statement or representation of Broker except as set forth in this Agreement. This Agreement shall be interpreted and construed in accordance with the laws of the State of Maryland.




Copyright 2024 Maryland REALTORS®.  For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

DigiSign Verified - d8442272-2a12-4774-b15d-0e9dd76f85e5

Case 25-00243-ELG    Doc 17-2    Filed 07/30/25    Entered 07/30/25 18:28:09    Desc
Exhibit B (Residential Listing Agreement)    Page 10 of 17

35. **ADDENDA:** The Addenda marked below, which are hereby attached, are made a part of this Agreement.

- ☐ Consent for Dual Agency
- ☐ Disclosure of Inc./Ex., Leased Items, Utilities
- ☐ Disclosure of Licensee Status
- ☐ Federal Lead-Based Paint Disclosure
- ☐ Financial Condition of Property Disclosure
- ☐ FIRPTA
- ☐ Lock Box

- ☐ MD Lead Poisoning Prevention Program Disclosure
- ☐ MD Residential Property Disclosure/Disclaimer Statement
- ☐ MD Non-Resident Seller Transfer Withholding Tax
- ☐ Notice & Disclosure of Deferred Water and Sewer Charges
- ☐ NPL Superfund Site Disclosure
- ☒ Protect Your Family from Lead in Your Home
- ☐ Solar Panel

☒ Other Addenda/Special Conditions:  **Bankruptcy Addendum / Short Sale Addendum**

**RECEIPT OF COPY:** Seller acknowledges receipt of a copy of this Agreement at time of signing hereof.

| Seller Signature | Date | Broker (Company Name): Century 21 New Millennium |

**H. Jason Gold, Trustee, not individually but solely in his capacity as Chapter 7 Trustee in Bankruptcy; In Re; Real Estate Management & Consulting LLC Case No. 25-00243-ELG**

Seller Signature    Date    Broker/Authorized Representative Signature    Date

**Property is sold striclty in "as-is, where-is" condition. Sale & Commissions are subject to US Bankrupcty Court Approval. Property is being sold by a US Bankruptcy Trustee.**




Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

DigiSign Verified - d8442272-2a12-4774-b15d-0e9dd76f85e5

Case 25-00243-ELG    Doc 17-2    Filed 07/30/25    Entered 07/30/25 18:28:09    Desc
Exhibit B (Residential Listing Agreement)    Page 11 of 17

Maryland REALTORS®

# SHORT SALE ADDENDUM
## TO EXCLUSIVE RIGHT TO SELL
## RESIDENTIAL BROKERAGE AGREEMENT

ADDENDUM dated  07/29/2025  to Exclusive Right to Sell Residential Brokerage Agreement

Between Seller(s)  H. Jason Gold, Trustee 

and Broker  Century 21 New Millennium 

for Property known as  225 Emerald Hill Dr, Fort Washington, MD 20744 .

1. **ACKNOWLEDGMENT OF SHORT SALE:** Seller acknowledges that the amount of money necessary to pay in full all loans, debts and obligations secured by lien(s) on the Property, including: 1) mortgage(s); 2) deed(s) of trust; 3) line(s) of credit; 4) unpaid property tax; 5) IRS or State tax liens; 6) judgments; 7) Broker's Fee; and 8) other customary and necessary costs of sale (collectively "Loans/Liens") may exceed the current market value of the Property.  Seller is aware of Seller's options, including, but not limited to: 1) negotiating with secured lender(s) or creditor(s) ("Lender") to accept payment in full the proceeds from the sale of the Property, less closing costs and monies owed to Lender ("Short Sale"); 2) negotiating a modification of existing Loans/Liens, including a reduction of the current rate of interest or extension of time to re-pay; 3) refinancing; 4) bankruptcy; 5) foreclosure; or 6) deed-in-lieu of foreclosure.  Seller has elected to seek a Short Sale of the Property.  If Lender agrees to a Short Sale, the loan debt may not be forgiven entirely. In such event, Seller may be required to pay the difference as a personal obligation and Lender may obtain a judgment against Seller in any legal proceeding to collect the difference. If the Loans/Liens is/are insured by FHA or guaranteed by VA, Seller may be required to pay the difference.

2. **SHORT SALE LENDER APPROVAL:** In order to sell the Property as a Short Sale, Seller acknowledges that any contract for the sale of the Property shall be contingent upon the written approval of Lender within a specified time period as negotiated between Seller and any purchaser of the Property. Seller agrees to include a written Third Party Approval Contingency addendum in any contract offer that Seller accepts.

3. **REQUIREMENTS OF LENDER:** Seller acknowledges that a Short Sale is subject to Lender approval. Lender is not obligated to accept a Short Sale. Lender may impose conditions prior to consideration or approval of a Short Sale, such as obtaining a new appraisal, or requiring Seller to demonstrate hardship or provide copies of tax returns, pay stubs, assets, or other financial information. Lender may inform the IRS or credit reporting companies of the payment shortage. Broker has no control over Lender's decisions. Seller agrees to indemnify Broker and to hold Broker harmless for acts or omissions of Lender. The exact requirements of Lender may vary on a case-by-case basis.

4. **COOPERATION BY SELLER:** Seller acknowledges that time is critical in a Short Sale. Seller agrees to diligently and in good faith cooperate fully and in a timely manner and to promptly provide any and all information, documents, statements, or other written evidence as may be required or requested by Lender or Broker. Such information, document(s), statement(s), or other written evidence may include, but not be limited to: 1) W-2 forms; 2) bank statements; 3) federal and state tax returns; 4) profit and loss statements (if self-employed); 5) financial information disclosing income, assets and debts; and 6) a letter from Seller stating the reasons for hardship to explain why Seller is unable to pay the balance owed and the reason why the Lender should consider the Seller's request to approve a Short Sale. Seller acknowledges that Lender's approval of a Short Sale may take weeks or months to obtain, if approved at all, and that Seller's request for Lender approval of a Short Sale does not preclude Lender from initiating or consummating foreclosure proceedings. Broker, in Broker's sole and absolute discretion, shall have the right to cancel the Listing Agreement in the event Seller shall fail to cooperate with Lender or Broker by not providing all information, documents, statements or other written evidence as required or requested, including the failure of Seller to respond timely to verbal or written communications from Broker.

5. **AUTHORIZATION TO COMMUNICATE WITH LENDER:** Seller hereby irrevocably and unconditionally authorizes Broker to contact and communicate (NOT NEGOTIATE) with Lender throughout the term of the Listing Agreement concerning the application by Seller for a Short Sale, the status of Lender's approval, and the Lender's approval of the Short Sale. Seller agrees to promptly execute any written authorization as required by Lender to permit Broker to discuss with Lender on behalf of Seller, on a continuous basis, during the term of the Listing Agreement, any and all issues relating, directly or indirectly, to the Short Sale.



Page 1 of 2    10/17



DigiSign Verified - d8442272-2a12-4774-b15d-0e9dd76f85e5

Case 25-00243-ELG    Doc 17-2    Filed 07/30/25    Entered 07/30/25 18:28:09    Desc
Exhibit B (Residential Listing Agreement)    Page 12 of 17

6. **SUBMISSION OF DOCUMENTS TO LENDER:** Seller authorizes Broker and Sales Associates affiliated with Broker to submit documents to Lender. Seller acknowledges that Broker is not conducting negotiations with Lender, but is merely submitting documents or other information requested by Lender in connection with considering the Short Sale request. Seller acknowledges that Seller must either personally negotiate with Lender or hire a Mortgage Assistance Relief Service Provider or a Maryland attorney to conduct the negotiation. Seller's signature on this Addendum will serve as Seller's authorization that Broker may submit required Short Sale or loss mitigation information and documentation on Seller's behalf.

7. **LENDER REQUESTS:** Broker shall inform Seller of any requests from Lender for a reduction in the real estate brokerage commission on the Short Sale.

8. **BROKER AUTHORITY:** Seller authorizes Broker to disclose to Lender, prospective purchasers and cooperating brokers, whether acting on behalf of Seller or prospective purchasers ("Cooperating Brokers"), that the sale of the Property is a Short Sale and subject to Lender approval. Seller further authorizes Broker to advise Cooperating Broker(s) that Broker may seek to reduce, on a pro-rata basis, the amount of compensation made by Broker through the Multiple Listing Service in the event Lender requires that Broker reduce the Broker's Fee to be paid by Seller, as a condition of the Lender's approval of the Short Sale. The authority as granted by Seller to Broker shall include information through the Multiple Listing Service, advertising, and any contract of sale.

9. **TAX CONSEQUENCES:** Seller acknowledges that if Lender agrees to accept less than full payment, the difference may result in taxable income to Seller even though Seller does not receive any cash proceeds from the sale. Seller may also be taxed on the gain in value of the Property from the date of Seller's purchase to the date of sale, regardless of the amount of any existing Loans/Liens. Seller acknowledges that Broker has advised Seller to consult with a tax advisor or tax professional to explain to Seller the potential income tax consequences of a Short Sale and the applicability of the Mortgage Forgiveness Debt Relief Act of 2007. Seller acknowledges that Seller shall solely and exclusively rely upon the advice of Seller's tax advisor or tax professional as to any and all tax consequences to Seller as a result of the sale of the Property. Seller warrants and represents that Seller has not and shall not rely or act upon any advice by Broker as to any and all tax consequences arising out of the sale of the Property.

10. **CREDIT CONSEQUENCES:** Seller acknowledges that a Short Sale may have a negative impact on Seller's credit rating even if a foreclosure process has not formally begun or once begun is not completed.

11. **TAX, CREDIT AND LEGAL ADVICE:** Broker has advised Seller to consult with legal, credit and tax counsel, prior to the execution of this Listing Agreement regarding the decision of Seller to seek a Short Sale. Seller further acknowledges that Seller is aware that Broker is not an attorney, credit counselor or accountant.

12. **ALTERNATIVES AVAILABLE TO AVOID FORECLOSURE:** Seller acknowledges that Broker has advised Seller to consult with a housing counselor or attorney for discussion about alternatives available to avoid foreclosure. Free housing counseling is available through the Maryland HOPE Program at 1-877-462-7555. Legal advice is available from Legal Aid Bureau, Inc., Foreclosure Legal Assistance Project at 1-800-444-4099.

13. **LIMITATIONS AND INDEMNIFICATION OF BROKER:** Seller acknowledges that Broker will facilitate the Short Sale solely by communications between Seller and Lender. Broker shall have no authority to negotiate the terms and conditions of the Short Sale on behalf of Seller. All matters requiring action or decision by Seller shall be communicated to Seller by Broker for approval by Seller. Seller or Seller's legal or accounting representative is solely and exclusively responsible for direct negotiations with the Lender as to the debt owed. Seller agrees to indemnify and hold harmless Broker, Broker's agents, officers, principals and employees from any and all liability, of every type and nature, arising out of Broker's efforts to facilitate the Short Sale as contemplated in this Addendum or any action or decision by Lender.

Seller represents and warrants that Seller has read and understands the terms and conditions of this Addendum and that Broker has provided to Seller a fully executed copy of this Addendum.

_____    _____
Seller                                    Date        Seller                                    Date
**H. Jason Gold, Trustee, not individually but solely in his capacity as Chapter 7 Trustee in Bankruptcy; In Re; Real Estate Management & Consulting LLC Case No. 25-00243-ELG**

Page 2 of 2    10/17

©Copyright 2017 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior expressed written consent of Maryland REALTORS®.

DigiSign Verified - d8442272-2a12-4774-b15d-0e9dd76f85e5

**CENTURY 21**
New Millennium

# AFFILIATED BUSINESS ARRANGEMENT DISCLOSURE STATEMENT
## (MARYLAND AND WASHINGTON D.C.)

| | |
|---|---|
| To | **Consumer** |
| From: | CENTURY 21 New Millennium |
| Property: | 225 Emerald Hill Dr, Fort Washington, MD 20744 |
| Date: | 7/29/2025 |

This is to give you notice that CENTURY 21® New Millennium ("Real Estate Broker") has business relationships with Bay County Settlements, LLC ("BCS"), Bay County Title Services, LLC ("BCTS"), First Title Settlements, LLC ("FTS"), Lighthouse Title Collective, LLC (LTC"), and Capitol Title Insurance Agency, Inc. ("CTI") which provide settlement services and title insurance services; AND Harbour, LLC ("Harbour") and Capstone Insurance Group, Inc. ("CIG"), both of which provide homeowners' and flood insurance services. NM Management II, LLC ("NM"), which owns Real Estate Broker, is the 100% owner of FCM and BCS. NM has a 50% ownership interest in BCTS, and Capitol Title Insurance Agency, Inc. ("CTI") has a 50% ownership interest in BCTS. As regards FTS, NM has a 50% ownership interest in FTS and Trusted Title Services, LLC has a 50% interest in FTS. NM has a 50% ownership interest in LTC and Lighthouse Tile Company of Maryland, LLC has a 50% ownership interest in LTC. NM has a 90% ownership interest in Harbour and a private individual has a 10% ownership interest in Harbour. NM has a referral relationship with CIG. Because of these relationships, Real Estate Broker's referral of business to BCS, BCTS, FTS, LTC, Harbour and/or CIG may provide Real Estate Broker, NM, and/or their employees or affiliates a financial or other benefit. BCS, BCTS, FTS, LTC, CTI, DML, Harbour and CIG are together referred to as "Listed Providers".

In addition, in connection with the purchase or sale of the above referenced property, you may desire a home warranty. Be advised that Real Estate Broker has entered into marketing and advertising arrangements with HSA Home Warranty ("HSA"). While Real Estate Broker has no ownership interest in HSA, Real Estate Broker does receive fees from HSA for its marketing and advertising services.

Furthermore, if you are purchasing a property, you may desire to obtain a mortgage loan. Be advised that Real Estate Broker has entered into a marketing and advertising arrangement with Select Lending Services, LLC ("SLS"). While Real Estate Broker has no ownership interest in SLS, Real Estate Broker does receive fees from SLS for its marketing and advertising services.

Set forth below are the estimated charges or range of charges for the mortgage and settlement services listed. You are NOT required to use a Listed Provider, SLS or HSA, as a condition of the purchase or sale of your property. THERE ARE FREQUENTLY OTHER MORTGAGE AND SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES

Seller: _____/_____    Buyer: _____/_____

**CENTURY 21**
New Millennium

| Provider/s | Settlement Services | Charge/Range of Charges |
|---|---|---|
| **Select Lending Services, LLC** | Loan Origination Fee | 0 - 1% of loan amount |
| | Loan Discount Fee/Points | 0 - 3% of loan amount |
| | Administrative Fee | $750-$925 |
| | Processing Fee | $600-$725 |
| | | |
| **HSA Home Warranty** | Home Warranty Service | $490-$755 |
| | | |
| **Bay County Settlements, LLC.** | | |
| **Bay County Title Services, LLC** | | |
| | | |
| **Capitol Title Insurance Agency, Inc.** | | |
| **First Title Settlements, LLC** | | |
| **Lighthouse Title Collective, LLC** | | |
| | Title Examination | $150-$475 |
| | Settlement/Closing Fee | $150-$775 |
| | Abstract Fee | $100-$275 |
| | Title Insurance | See table below |

*Charge or Range of Charges | Title Insurance Policy rates per $1,000*

| | Maryland owner | Maryland lender | D.C. owner | D.C. lender |
|---|---|---|---|---|
| First $250,000 | $4.80 - $5.75 | $3.20 | $5.70 - $6.84 | $4.50 |
| $250,001 and up to $500,000 | $4.10 - $4.90 | $2.90 | $5.10 - $6.12 | $3.90 |
| $500,001 and up to $1,000,000 | $3.50 - $4.20 | $2.55 | $4.50 - $5.40 | $3.30 |
| $1,000,001 and up to $5,000,000 | $2.75 - $3.30 | $2.00 | $3.90 - $4.68 | $2.70 |
| $5,000,001 and up to $15,000,000 | $1.50 - $2.00 | $1.20 | $1.05 - $3.96 | $0.85 |
| $15,000,001 and over | $1.50 - $2.00 | $1.20 | $0.90 - $3.96 | $0.75 |
| Minimum Premium | $175 | $175 | $228 - $274 | $168 |
| Simultaneous Issue * | $175 | | $150 | |
| Closing Protection Letter ** | $30 | | $50 | |

* Simultaneous issue charge is only applicable when Owners and Lenders title insurance policies are issued at the same time.

** Closing Protection Letter charge is only applicable when Lender title insurance is issued.

| | | |
|---|---|---|
| **Harbour, LLC** | Homeowner's Insurance, Flood Insurance | *The cost of homeowner's insurance, flood insurance, and/or personal insurance products varies depending on several factors, including but not limited to: size, value, and age of the structures, geographical location, construction type, value of contents, intended use, and credit scores.* |
| **Capstone Insurance Group, Inc.** | Other Personal Insurance Products | |

Seller: _____/_____   Buyer: _____/_____

DigiSign Verified - d8442272-2a12-4774-b15d-0e9dd76f85e5

**CENTURY 21**
New Millennium

## ACKNOWLEDGMENT

I/we have read this disclosure form, understand that Real Estate Broker is referring me/us to purchase the above-described settlement service(s) and that Real Estate Broker, NM, their employees and/or affiliates may receive a financial or other benefit as a result of this referral, and understand that Real Estate Broker receives a fee for performing marketing and advertising services for HSA and SLS.

_____     _____
Buyer's or Seller's Signature                                  Date

**H. Jason Gold, Trustee, not individually but solely in his capacity as Chapter 7 Trustee in Bankruptcy; In Re; Real Estate Management & Consulting LLC Case No. 25-00243-ELG**

_____     _____
Buyer's or Seller's Signature                                  Date

_____     _____
Buyer's or Seller's Signature                                  Date

_____     _____
Buyer's or Seller's Signature                                  Date

Seller: ____/____     Buyer: ____/____

**DISCLOSURE OF INFORMATION ON LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARDS**

**Property Address:** 225 Emerald Hill Dr, Fort Washington, MD 20744

SELLER/LANDLORD REPRESENTS AND WARRANTS, INTENDING THAT SUCH BE RELIED UPON REGARDING THE ABOVE PROPERTY, THAT (**SELLER/LANDLORD TO INITIAL APPLICABLE LINE**): _____/_____ housing was constructed prior to 1978 **OR** _____/_____ date of construction is uncertain.

**FEDERAL LEAD WARNING STATEMENT**: A buyer/tenant of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may contain lead-based paint and that exposure to lead from lead-based paint, paint chips or lead paint dust may place young children at risk of developing lead poisoning if not managed properly.  Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women.  The seller/landlord of any interest in residential real property is required to disclose to the buyer/tenant the presence of known lead-base paint hazards and to provide the buyer/tenant with any information on lead-based paint hazards from risk assessments or inspections in the seller's/landlord's possession.  A **tenant** must receive a federally approved pamphlet on lead poisoning prevention.  It is recommended that a **buyer** conduct a risk assessment or inspection for possible lead-based paint hazards prior to purchase.

**Seller's/Landlord's Disclosure**

(a)  Presence of lead-based paint and/or lead-based paint hazards (initial (i) or (ii) below):
   (i)  _____/_____ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).
   _____
   _____

   (ii) _____/_____ Seller/Landlord has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b)  Records and reports available to the seller (initial (i) or (ii) below):

   (i)  _____/_____ Seller/Landlord has provided the purchaser/tenant with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).
   _____
   _____

   (ii) _____/_____ Seller/Landlord has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Buyer's/Tenant's Acknowledgment** (initial)

(c)  _____/_____ Buyer/Tenant has received copies of all information listed in section (b)(i) above, if any.

(d)  _____/_____ Buyer/Tenant has received the pamphlet Protect Your Family from Lead In Your Home.

**(e) Buyer** has (initial (i) or (ii) below):

   (i)  _____/_____ received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or

   (ii) _____/_____ waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

**Agent's Acknowledgment** (initial)

(f)  _SY___ Agent has informed the Seller/Landlord of the Seller's/Landlord's obligations under 42 U.S.C. 4852(d) and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**
The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

_____   _____
**Seller/Landlord                        Date**        **Buyer/Tenant                        Date**
H. Jason Gold, Trustee, not individually but
solely in his capacity as Chapter 7 Trustee in
Bankruptcy of Re; Real Estate Management &
_____   _____
**Seller/Landlord                        Date**        **Buyer/Tenant                        Date**
Consulting LLC Case No. 25-00243-ELG

_____   _____
**Seller's/Landlord's Agent              Date**        **Buyer's/Tenant's Agent              Date**

*Stephanie Young*                                  07/30/2025

10/17

©Copyright 2017 Maryland REALTORS®.  For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior expressed written consent of Maryland REALTORS®.

Created by Stephanie Young with SkySlope® Forms

BANKRUPTCY ADDENDUM TO EXCLUSIVE RIGHT TO SELL RESIDENTIAL BROKERAGE AGREEMENT
H. JASON GOLD, TRUSTEE ("SELLER")

Property Address: 225 Emerald Hill Drive, Fort Washington MD 20744 ("Property")

The provisions of this addendum shall govern notwithstanding any other provision of the Listing Agreement.

(1) This Listing Agreement is subject to the approval of the United States Bankruptcy Court for the Eastern District of Virginia ("Court"). Broker and Seller understand that the Court may not approve the Listing Agreement. Broker understands that the commissions provided for in this Listing Agreement and any contract for the sale of the Property are also subject to Court approval.

(2) Conveyance will be by SPECIAL WARRANTY of title.

(3) The Property, and any contents being conveyed therein is being sold "AS IS, WHERE IS CONDITION." The sale of the Property is subject to Court approval.

(4) No Dual Agency. The Seller does not consent to dual representation. Thus Seller does not allow the property to be shown to a potential buyer represented by the Broker through the same sales associate that is also listing the Property for the Seller.

(5) Limited Designated Representation. The Seller does not consent to designated representation when the agent representing the potential buyer is in the same office with the same supervising broker as the listing agent representing the Seller. The Seller does consent to designated representation when the agent representing the potential buyer is in a different office with a different supervising broker as the listing agent representing the Seller but only as long as the Court approves such designated representation by deciding the designated representation did not violate the Broker's duties and obligations owed to the Seller.

(6) In addition to the commission provided in the listing agreement, the Broker shall be entitled to be reimbursed for advanced property management and maintenance expenses, such as Trustee approved repairs, utility bills, lawn maintenance, etc., subject to the approval of the Court.

(7) Unless agreed otherwise, any contract for the sale of the property shall provide that the seller shall pay no more than $500.00 in closing cost excluding payment of customary Seller paid recording fees, transfer fees, taxes and brokerage commissions. All other cost of closing shall be paid by the buyer.

This Addendum shall not alter, modify or change in any other term or provision of the Listing Agreement, and except as modified herein, all of the terms and provisions of the Listing Agreement are expressly ratified and confirmed and shall remain in full force and effect.

SELLER:                                                    BROKER/SALES MANAGER:


_____      _____
H. Jason Gold, Trustee, not individually              Wendy Dean, Managing Broker
but solely in his capacity as Chapter 7 Trustee
in Bankruptcy; In Re; Real Estate Management
& Consulting LLC                                          Date:_____
Case No. 25-00243-ELG
Date: _____