**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **In re:** | ) |
| **Real Estate Management & Consulting, LLC,** | ) **Case No. 25-00243-ELG** |
| **Debtors.** | ) **Chapter 7** |
|  | ) |

**ORDER APPROVING APPLICATION TO EMPLOY REAL ESTATE AGENT
AND COMMERCIAL AND RESIDENTIAL REAL ESTATE BROKERS**

THIS MATTER came on before the Court upon consideration of the *Application* (Docket No.

____) (the "Application") of H. Jason Gold, Trustee ("Trustee"), the duly appointed Chapter 7 trustee for

Real Estate Management & Consulting, LLC ("Debtor"), seeking authority to employ Stephen Karbelk

and RealMarkets (supported by Stephanie Young and Robert Walters) (collectively, "Agent") as Trustee's

real estate agent, and Agent's affiliated brokers, Century 21 Commercial New Millennium ("Century 21

Commercial" or "Commercial Broker") and Century 21 New Millennium ("Century 21 Residential" or

"Residential Broker"), as Trustee's real estate broker, for the purpose of marketing and selling (a) as to

Agent and Commercial Broker (i) three (3) residential condominium units located at 3724 S Street NW,

Washington DC 20007 and having a legal description of Lot 42, Square S1308 in Huidekoper and

Huidekoper, Trustees' subdivision of Block 138 "Burleigh Addition to West Washington," as per plat

recorded in the Office of the Surveyor in Liber 71 at Folio 198, Tax Map No. 1308-S-0042 (the "S Street

Property"), and (ii) eighteen (18) residential condominium units located at 1001 Rhode Island Avenue,

NE, Washington DC 20018-1735, having a legal description of Lot 38, Square 3870, in a subdivision

made by 1001 Rhode Island Ave. LLC, as per plat recorded in the Office of the Surveyor for the District

of Columbia in Plat Libert 218 at Folio 85, Tax Map No. 3870-0058 (the "Rhode Island Ave Property"),

and (b) as to Agent and Residential Broker, a single-family residential property located at 225 Emerald Hill Drive, Fort Washington, Prince George's County, Maryland 20744-6235, having a legal description of Lot 21, Tantallon on the Potomac, Tax Map No. 05-0306605 (the "Emerald Hill Property") (the S Street Property, Rhode Island Ave Property, and Emerald Hill Property are collectively referred to as the "Properties"); and it

APPEARING TO THE COURT that, based upon the *Declaration of Stephen Karbelk*, Agent and Broker have no connection with the Debtor, creditors of the Debtor, any other party in interest in this case, their respective attorneys and accountants, the United States Trustee or any person employed in the offices of the United States Trustee, do not hold or represent any interest adverse to the bankruptcy estate herein, and qualify as a disinterested person within the meaning of the Bankruptcy Code; and that Agent's and Commercial and Residential Brokers' employment herein is necessary and in the best interests of the bankruptcy estate; it is, therefore

ORDERED, that the Trustee is authorized to employ the Agent and Broker pursuant to 11 U.S.C. § 327(a), as a real estate agent and broker to market and sell the Properties; and it is

FURTHER ORDERED, that the Agent's and Broker's employment is subject to the terms and conditions set forth in the *Application* and the accompanying *Listing Agreements*; and it is

FURTHER ORDERED, that the Agent is authorized to put all utility accounts, including the electric, gas and water accounts, into the name of Stephen Karbelk, Stephanie Young or RealMarkets, as Agent for the Trustee; that Agent shall not be responsible for paying any past due amounts that were incurred prior to the petition date of the bankruptcy filing; that Agent is also authorized to incur property maintenance and property preservation services and expense; and that, subject to further order and approval of this court, Agent shall be reimbursed for all utility expenses, property maintenance expenses and property preservation expenses upon the sale of each of the Properties; and it is

FURTHER ORDERED THAT Agent and Commercial and Residential Brokers are authorized to request and obtain verbal and written payoff statements, payment histories, and related information and

documents from any secured creditors (or their servicers) in this case, and to provide such documents as may be reasonably requested by the secured creditors in connection with any sale; and it is

FURTHER ORDERED, that compensation to Agent and Broker shall only be paid upon further Order of this Court; and it is

FURTHER ORDERED, that no agent or broker in any Century 21 Commercial New Millennium or Century 21 New Millenium office may represent a buyer for the purchase of the Properties without express Court approval; provided, however, that an agent or broker operating from a franchised, independently owned and operated Century 21 office may represent a buyer for the purchase of the Property; and that any provision in the Broker's listing agreement allowing designated representation or dual representation by agents or brokers in a Century 21 Commercial New Millennium or Century 21 New Millenium office is not approved and not permitted except as set forth herein or as otherwise ordered by the Court.

Copies to:

Robert M. Marino, Esq.
Email: rmmarino@rpb-law.com

Kristen S. Eustis, Trial Attorney
Office of the United States Trustee
Email: Kristen.S.Eustis@usdoj.gov

Stephen Karbelk
Team Leader, RealMarkets
Century 21 Commercial New Millennium
Century 21 New Millennium
Email: stephen@realmarkets.com

END OF ORDER

I ASK FOR THIS:

/s/ Robert M. Marino
Robert M. Marino, Esq. DC Bar No. 411597
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
Fax 703-684-5109
rmmarino@rpb-law.com
Proposed Counsel for H. Jason Gold, Trustee

SEEN AND NO OBJECTION:

_____

Kristen S. Eustis, Trial Attorney
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Email: Kristen.S.Eustis@usdoj.gov