IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | Case No. 25-00243-ELG |
| Real Estate Management & Consulting, LLC, ) | Chapter 7 |
| Debtors. ) | |
| ) | |

NOTICE OF OPPORTUNITY TO OBJECT TO
TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE AGENT
AND COMMERCIAL AND RESIDENTIAL REAL ESTATE BROKERS

H. Jason Gold, Trustee ("Gold" or "Trustee"), the duly appointed Chapter 7 trustee for Real Estate Management & Consulting, LLC ("Debtor"), by and through the undersigned proposed counsel, has filed an *Application to Employ Real Estate Agent and Commercial and Residential Real Estate Brokers* (the "Application"), seeking authority in the above-captioned Chapter 7 case to employ Stephen Karbelk ("Karbelk") (supported by Stephanie Young and Robert Walters) as the real estate agent and team leader of RealMarkets ("Agent") and Agent's affiliated brokers, Century 21 Commercial New Millennium ("Century 21 Commercial" or "Commercial Broker") and Century 21 New Millennium ("Century 21 Residential" or "Residential Broker"), as the Trustee's real estate agent and brokers, respectively (collectively, the "Agent/Brokers"), for the purpose of marketing and selling (a) as to Agent and Commercial Broker (i) three (3) residential condominium units located at 3724 S Street NW, Washington DC 20007 and having a legal description of Lot 42, Square S1308 in Huidekoper and Huidekoper, Trustees' subdivision of Block 138 "Burleigh Addition to West Washington," as per plat recorded in the Office of the Surveyor in Liber 71 at Folio 198, Tax Map No. 1308-S-0042 (the "S Street Property"), and (ii) eighteen (18) residential condominium units located at 1001 Rhode Island Avenue, NE, Washington DC 20018-1735, having a legal description of Lot 38, Square 3870, in a subdivision made by 1001 Rhode Island Ave. LLC, as per plat recorded in the Office of the Surveyor for the District of Columbia in Plat Libert 218 at Folio 85, Tax Map No. 3870-0058 (the "Rhode Island Ave Property"), and (b) as to Agent and Residential Broker, a single-family residential property located at 225 Emerald Hill Drive, Fort Washington, Prince George's County, Maryland 20744-6235, having a legal description of Lot 21, Tantallon on the Potomac, Tax Map No. 05-0306605 (the "Emerald Hill Property") (the S Street Property, Rhode Island Ave Property, and Emerald Hill Property are collectively referred to as the "Properties"). As more particularly provided in the *Listing Agreements* submitted with the *Application*, if the Properties is contracted to be sold, the Agent/Brokers shall have earned (i) a brokerage fee of three and one-half percent (3.5%) of the gross purchase price (the "Brokerage Fee"), and (ii) an additional brokerage fee of two percent

(2.0%) of the gross purchase price (the "Additional Brokerage Fee"), if the buyer produced by Agent/Brokers is not represented by a broker at the time of contract ratification. If the buyer procured by Agent/Brokers is represented by a broker at the time of contract ratification, the buyer's broker shall be paid a brokerage fee of two percent of the gross purchase price (the "Buyer's Brokerage Fee"). The Brokerage Fee, Additional Brokerage Fee and Buyer's Brokerage Fee are all subject to Court approval in connection with any sale approval sought from the Court and are expressly conditioned and payable upon the closing of the sale.

**PLEASE TAKE NOTICE THAT BY AUGUST 13, 2025, WHICH IS FOURTEEN (14) DAYS AFTER THE DATE OF THE APPLICATION**, you must file and serve a written objection to the *Application*, together with any proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, United States Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. **IF YOU FAIL TO FILE A TIMELY OBJECTION OR STATE INADEQUATE GROUNDS FOR DENIAL, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.** The Court may grant the *Application* without a hearing if the objection filed states inadequate grounds for denial.

Dated: July 30, 2025

Respectfully submitted,
/s/ Robert M. Marino
Robert M. Marino, Esq. DC Bar No. 411597
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676
Fax 703-684-5109
Counsel for H. Jason Gold, Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of July, 2025, a true copy of the foregoing Notice was sent via email to the Office of the United States Trustee (Kristen.S.Eustis@usdoj.gov), and via Notice of Electronic Filing to all registered users in this case pursuant to this Court's CM/ECF policy.

/s/ Robert M. Marino
Robert M. Marino