**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: )<br>)<br>REAL ESTATE MANAGEMENT & )<br>CONSULTING LLC, )<br>)<br>                Debtor. )<br>) | Case No. 25-00243-ELG<br><br>Chapter 7 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

Please take notice that John D. Sadler, Matthew G. Summers, and Erin L. Williamson hereby appear in this matter on behalf of Ami Investments LLC and Jamsuk Center LLC, and request, in accordance with Fed. R. Bankr. P. 9010, that the undersigned be placed on any mailing matrix or service list that may be used for any purpose in this case, and that all notices given or required to be given, and all papers served or required to be served in this case be given to and served on the undersigned at the following address:

> John D. Sadler
> BALLARD SPAHR LLP
> 1909 K Street, NW, 12th Floor
> Washington, DC 20006
> sadlerj@ballardspahr.com
>
> -and-
>
> Matthew G. Summers
> Erin L. Williamson
> BALLARD SPAHR LLP
> 919 N. Market Street, 11th Floor
> Wilmington, DE 19801
> summersm@ballardspahr.com
> williamsone@ballardspahr.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, all orders, notices, pleadings,

complaints, notices of hearing, applications, motions, requests or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights or interests of creditors or parties in interest.

This notice of appearance does not constitute consent to acceptance of service of process of any subpoena, summons or other process subject to service pursuant to Bankruptcy Rules 7004 or 9016.

This notice and demand is a "special appearance" and is not a consent to or waiver of Ami Investments' or Jamsuk Center LLC's:

1. right under 28 U.S.C. § 157(c) to have final orders in proceedings reviewed <u>de novo</u> by a United States District Judge;

2. right to challenge the jurisdiction of the United States Bankruptcy Court, including, without limitation, its jurisdiction to adjudicate proceedings, whether by jury trial or otherwise, and notwithstanding the designation "core proceeding" under 28 U.S.C. § 157(b)(2);

3. right to a jury trial in any proceeding, whether available under state or federal law, notwithstanding the designation "core proceeding" under 28 U.S.C. § 157(b)(2);

4. right to have the reference withdrawn under 28 U.S.C. § 157(b)(2); and

5. all other rights, claims, actions, defenses, setoffs, recoupments or other matters to which they are entitled to by law, equity or agreement.

All those rights are expressly reserved without exception and without the purpose of confessing or conceding jurisdiction by Ami Investments LLC and Jamsuk Center LLC by this filing or by any other participation in the case by Ami Investments LLC and Jamsuk Center LLC.

Dated: August 11, 2025

Respectfully submitted,

*/s/ John D. Sadler*
John D. Sadler (No. 483301)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
sadlerj@ballardspahr.com

-and-

Matthew G. Summers (*pro hac vice* pending)
Erin L. Williamson (*pro hac vice* pending)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
summersm@ballardspahr.com
williamsone@ballardspahr.com

*Counsel for Ami Investments LLC
and Jamsuk Center LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 11, 2025 a copy of the foregoing Notice of Appearance and Request for Notices and Service of Papers was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

                                                                       /s/ *John D. Sadler*
                                                                       John D. Sadler (No. 483301)