# EXHIBIT A

File No.: 21-1774
DEED – SHORT FORM D.C.

11/03/2021 12:42 PM

# This Deed,

made this 28 day of May, 2021, by and between **MAD Development, LLC**, a District of Columbia Limited Liability Company, party of the first part, and **Real Estate Management and Consulting, LLC**, a Maryland Limited Liability Company, party of the second part.

WITNESSETH, that in consideration of the sum of ONE MILLION TWO HUNDRED NINETY THOUSAND AND 00/100 DOLLARS ($1,290,000.00), the party of the first part do hereby grant unto the party of the second part, in fee simple, all that piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia, described as follows, to wit:

All that piece or parcel of land, together with the improvements, rights privileges and appurtenances to the same belonging, situate in District of Columbia, described as follows, to wit:

Lot Forty-two (42) in Square South of Square Thirteen Hundred Eight (S1308) in Huidekoper and Huidekoper, Trustees' subdivision of Block 138, "BURLEIGH ADDITION TO WEST WASHINGTON" as per plat recorded in the Office of the Surveyor in Liber 71 at folio 198.

The improvements thereon being known as 3724 S Street NW, Washington, District of Columbia 20007.

AND the said party of the first part covenant that they will warrant specially the property hereby conveyed; and that they will execute such further assurances of said land as may be requisite.

WITNESS the hand and seal the day and year first hereinbefore written.

IN PRESENCE OF:

MAD DEVELOPMENT, LLC

_____     Bony C. Dempsey       {SEAL}
                           Bonny Dempsey, Sole Member

                                          Member

STATE OF North Carolina
COUNTY OF WAKE

On this 26th day of May, 2021, before me, the undersigned officer, personally appeared Bonny L. Dempsey, Sole Member of MAD Development, LLC, a Limited Liability Company, and that he/she/they, as such Sole Member, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the Limited Liability Company by himself/herself/themselves as Sole Member.

In witness thereof I hereunto set my hand and official seal.

_____
Signature of notary public

Notary Public
My Commission Expires: 03/18/2026

[Notary Seal: LAKEN READ / NOTARY / PUBLIC / WAKE COUNTY, NC]

After Recording MAIL TO:        Grantee's Address:
Heritage Title, Ltd              9405 Sandy Creek Road
175 Admiral Cochrane Drive       Fort Washington, MD 20744
111
Annapolis, MD 21401

```
Doc #: 2021145737
Filed & Recorded
11/03/2021 12:42 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
    RECORDING FEES          $25.00
    SURCHARGE               $6.50
    RECORDATION TAX FEES    $18,705.00
    TRANSFER TAX FEES       $18,705.00
    LATE FEES               $250.00
TOTAL:                      $37,691.50
```