# EXHIBIT D

**WHEN RECORDED, RETURN TO:**

CV3 Financial Services, LLC
2101 East El Segundo Blvd. Ste #203,
El Segundo, CA 90245

Loan No. 7776072
Property ID No.: 1308/S/0042

## ASSIGNMENT OF DEED OF TRUST

For value received, the undersigned, CV3 Financial Services, LLC, a Delaware Limited Liability Company (CFL License No. 60DBO-183355) having an address at 2101 E El Segundo Blvd., Ste #203, El Segundo, California 90245 ("Assignor"), hereby grants, assigns and transfers to <u>CV3 Alpha Trust, a Delaware statutory trust</u>, having an address of <u>2101 East El Segundo Blvd. Ste #203, El Segundo, CA 90245</u> ("Assignee"), all of the undersigned's rights, title and interest due or to become due in and to that certain Deed of Trust, Assignment of Leases and Rents, and Security Agreement, together with that certain Secured Note in the amount of $1,928,119.00, each dated December 15, 2023, executed by REMC LLC, a District of Columbia limited liability company ("Borrower"), in favor of CV3 Financial Services, LLC, which was recorded on __February 22nd__, 20__24__, as Instrument Number __2024016206__ in the District of Columbia Office of the Recorder of Deeds (the "Deed of Trust"), against:

The real property located in the City of Washington, District of Columbia, described as follows:

SEE EXHIBIT "A," ATTACHED HERETO AND BY THIS REFERENCE MADE A PART HEREOF,

commonly known as 3724 S Street NW, Washington, D.C. 20007 (the "Mortgaged Property");

    Together with all of Assignor's rights, title and interest in and to the Secured Note therein described or referred to, the money due and to become due with interest, and all rights to accrue under said Deed of Trust, and all Loan Documents (as defined in the Loan Agreement) executed concurrently therewith.

    The undersigned Assignor has independently and contemporaneously executed that certain Allonge to Secured Note assigning and transferring to Assignee, all of the Assignor's right, title and interest in and to the Secured Note which is secured by the Deed of Trust.

[SIGNATURES FOLLOW]

© 2007 Geraci Law Firm; All Rights Reserved.
Assignment of Deed of Trust | Loan No. 7776072                                                                                           v179

Dated: 12/18/2023

ASSIGNOR:

**CV3 Financial Services, LLC, a Delaware Limited Liability Company**

By: _____
Name: Alan Dettelbach
Title: EVP, Chief Legal Officer/General Counsel

© 2007 Geraci Law Firm; All Rights Reserved.
Assignment of Deed of Trust | Loan No. 7776072                                                                                          v179

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California     )

County of Los Angeles     )

On 12/18/2023 before me, Brenda Fernandez, Notary Public
    *Date*                                  *Here Insert Name of the Officer*

Personally Appeared Alan Dettelbach
                                   *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: BRENDA FERNANDEZ, Notary Public - California, Los Angeles County, Commission # 2398270, My Comm. Expires Mar 24, 2026]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                 *Signature of Notary Public*

# Exhibit "A"

## Legal Description of Property

Commitment No.: 23-3031

The Land referred to herein below is situated in the City of Washington, District of Columbia, and is described as follows:

Being known and designated as Lot Forty-Two (42) in Square South Thirteen Hundred Eight (S1308) in Huidekoper and Huidekoper, Trustees' subdivision of Block 138 "BURLEIGH ADDITION TO WEST WASHINGTON", as per plat recorded in the Office of the Surveyor in Liber 71 at Folio 198.

The improvements thereon being known a 3724 S Street, Northwest, Washington, District of Columbia 20007 (for informational purposes only).

# 1308-S-0042

© 2007 Geraci Law Firm; All Rights Reserved.
Assignment of Deed of Trust | Loan No. 7776072

v179

```
Doc #: 2024017413
Filed & Recorded
02/26/2024 02:54 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES        $25.00
   SURCHARGE              $6.50
TOTAL:                   $31.50
```