IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | Case No. 25-00243-ELG |
| Real Estate Management & Consulting, LLC, | Chapter 7 |
| Debtor. | |

**TRUSTEE'S OBJECTION TO CLAIM NOS. 2-1, 2-2, AND 2-3
FILED ON BEHALF OF CV3 ALPHA RE, LLC,
AS SEPARATE TRUSTEE FOR CV3 ALPHA TRUST**

H. Jason Gold ("Gold" or "Trustee"), the duly appointed Trustee in Bankruptcy for Real Estate Management & Consulting, LLC ("Debtor") in the above-captioned Chapter 7 case, by and through the undersigned counsel, pursuant to 11 U.S.C. §502, Fed. R. Bankr. P. 3007, and Local Rule 3007-1, respectfully files this *Objection* to Claim Nos. 2-1, 2-2 and 2-3 filed on behalf of CV3 Alpha RE LLC, as Separate Trustee for CV3 Alpha Trust, and in support thereof states as follows.

1. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334(a) and 157(a). This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2)(B). Venue is proper in this Court pursuant to 28 U.S.C. §§1408 and 1409.

2. On June 19, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §101 *et seq*. (the "Bankruptcy Code"), thereby commencing the above-captioned case. Gold was appointed successor trustee on June 23, 2025 (Docket No. 6) and continues to serve following the conclusion of the meeting of creditors on July 23, 2025.

Robert M. Marino, Esq. DC Bar No. 411597
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
703-879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

3. On June 30, 2025, CV3 Alpha RE, LLC ("CV3 Alpha RE"), solely in its capacity as Separate Trustee for CV3 Alpha Trust ("CV3 Trust"), by and through its counsel, filed a Proof of Claim that is designated as Claim No. 2-1 (the "Initial CV3 Claim") on the Claims Register maintained by the Clerk in this case (the "Claims Register"). The *Initial CV3 Claim* asserts a claim in the amount of $2,383,589.86 against the Debtor and alleges that said claim is secured by a lien in real property located at 3724 S Street, NW, Washington DC 20007 (the "S Street Property"). The Initial CV3 Claim is accompanied by (i) an unrecorded *Deed of Trust, Assignment of Leases and Rents, and Security Agreement* dated December 15, 2023 (the "CV3 Deed of Trust"), by and between REMC LLC ("REMC"), a District of Columbia limited liability company, as borrower, Heritage Title, as trustee, and CV3 Financial Services, LLC ("CV3 Financial"), as lender/beneficiary, (ii) a *Secured Note* dated December 15, 2023 (the "CV3 Note"), from REMC, as maker, to the order of CV3 Financial, as lender, in the original principal amount of $1,928,119, and (iii) a loan payoff calculation.

4. On July 1, 2025, CV3 Alpha RE, again acting in its capacity as Separate Trustee for CV3 Trust, by and through its counsel, filed a second Proof of Claim, this one designated as Claim No. 2-2 (the "Second CV3 Claim") on the Claims Register. The Second CV3 Claim is virtually identical to the Initial CV3 Claim, except that it does not include any attachments.

5. Also on July 1, 2025, CV3 Alpha RE, again acting in its capacity as Separate Trustee for CV3 Trust, by and through its counsel, filed a third Proof of Claim, this one designated as Claim No. 2-3 (the "Third CV3 Claim") on the Claims Register. The Third CV3 Claim is virtually identical to the Second CV3 Claim, except that it indicates an

address where payments should be sent. Again, no attachments were included with the claim form.

6.  While the Second and Third CV3 Claims, by their numbering, appear to be treated as amendments to the Initial CV3 Claim, each form affirmatively states that it is not an amendment to the Initial CV3 Claim. For this reason, the Trustee is filing this Objection with respect to the Initial, Second and Third CV3 Claims (collectively, the "CV3 Claims").

7.  The Debtor is a limited liability company formed on or about November 10, 2016, under the laws of the State of Maryland. Following forfeiture for non-payment of annual fees, the Debtor's status as a Maryland limited liability company was revived by Articles of Reinstatement filed on January 3, 2020. The Debtor was registered to do business in the District of Columbia on May 25, 2021.

8.  REMC is a limited liability company formed on or about August 10, 2023, under the laws of the District of Columbia. REMC is an entity that is separate and legally distinct from the Debtor.

9.  The Debtor has never maintained the name "REMC" as a registered alias or registered Trade Name in the District of Columbia.

10. As noted above, REMC (and NOT the Debtor) is the maker of the *CV3 Note*. Specifically, the *CV3 Note* is signed by "Jacqueline Isley, Authorized Signor" on behalf of "REMC LLC, a District of Columbia Limited Liability Company."

11. The *CV3 Note*, having been made and delivered by REMC, does not constitute an indebtedness of the Debtor. Therefore, the CV3 Claims should be disallowed in this case.

WHEREFORE, for the reasons set forth above, the Trustee respectfully requests that the Court enter an order disallowing Claim Nos. 2-1, 2-2 and 2-3 filed on behalf of CV3 Alpha RE,LLC, acting in its capacity as Separate Trustee for CV3 Trust, and grant such other and further relief as is just and proper.

Dated: September 15, 2025            Respectfully submitted,

/s/Robert M. Marino
Robert M. Marino, Esq. DC Bar No. 411597
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 15th day of September, 2025, caused a copy of the foregoing *Objection to Claims* to be served electronically through the electronic case filing system to all persons entering their appearance and requesting notice in this case, and by first-class mail, postage prepaid, to the following persons:

CV3 Alpha RE, LLC
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim Hills, CA 92808

Richard J. Rogers, Esq.
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD 21090
Email: bankruptcy@cgd-law.com
Counsel for CV3 Alpha RE, LLC

/s/Robert M. Marino
Robert M. Marino