### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: )<br>Real Estate Management & )<br>Consulting, LLC, )<br>              Debtor. )<br>) | Case No. 25-00243-ELG<br>Chapter 7 |

**NOTICE OF OPPORTUNITY TO RESPOND TO TRUSTEE'S OBJECTION
TO CLAIM NOS. 2-1, 2-2, AND 2-3 FILED ON BEHALF OF
<u>CV3 ALPHA RE, LLC, AS SEPARATE TRUSTEE FOR CV3 ALPHA TRUST</u>**

H. Jason Gold, Trustee ("Gold" or "Trustee"), the duly appointed Trustee in Bankruptcy for Real Estate Management & Consulting, LLC ("Debtor"), by and through the undersigned proposed counsel, has filed an *Objection to Claim Nos. 2-1, 2-2 and 2-3 filed on behalf of CV3 Alpha RE LLC, as Separate Trustee for CV3 Alpha Trust* (the "Objection"). A copy of the Objection is being served with this Notice.

**PLEASE TAKE NOTICE THAT BY OCTOBER 15, 2025, WHICH IS THIRTY (30) DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE**, you must file and serve a written response to the *Objection* and a request for a hearing. The response and request for a hearing must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and served (by delivery or mailing of copy) upon the undersigned. The response must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. **IF YOU FAIL TO FILE A TIMELY RESPONSE OR STATE INADEQUATE GROUNDS FOR DENIAL, THE *OBJECTION* MAY BE GRANTED BY THE COURT WITHOUT A HEARING.** The Court may grant the *Objection* without a hearing if the response filed states inadequate grounds for denial.

Dated: September 15, 2025

                                                                  Respectfully submitted,
                                                                    /s/ Robert M. Marino
                                                                  Robert M. Marino, Esq.  DC Bar No. 411597
                                                                  Redmon Peyton & Braswell, LLP
                                                                  510 King Street, Suite 301
                                                                  Alexandria, VA 22314
                                                                  (703) 879-2676 (Direct)
                                                                  Fax 703-684-5109
                                                                  Counsel for H. Jason Gold, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 15th day of September, 2025, caused a copy of the foregoing *Objection to Claims* to be served electronically through the electronic case filing system to all persons entering their appearance and requesting notice in this case, and by first-class mail, postage prepaid, to the following persons:

CV3 Alpha RE, LLC
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim Hills, CA 92808

Richard J. Rogers, Esq.
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD 21090
Email: bankruptcy@cgd-law.com
Counsel for CV3 Alpha RE, LLC

/s/Robert M. Marino
Robert M. Marino